# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:19-CR-00156-CKK-2 |
| v. | ) | |
| DAVID PAITSEL | ) | |
| **Defendant** | ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO LEAVE THE DISTRICT IN WHICH HE RESIDES TO SERVE RESERVE MILITARY DUTY

Defendant David Paitsel, by and through undersigned counsel, respectfully moves to modify his conditions of release to allow him to travel outside of the district in which he resides in order to serve reserve military duty in Salem, Virginia.

1. Mr. Paitsel is charged by indictment with one count of Conspiracy in violation of 18 U.S.C. § 371 and two counts of Bribery in violation of 18 U.S.C. § 201(b)(1)(C).

2. On April 25, 2019, Mr. Paitsel was released pursuant the Court's Order Setting Conditions of Release.  (ECF # 11)  One of the conditions is that Mr. Paitsel not travel outside of the district where he resides in North Carolina unless he is reporting to the District of Columbia for court matters.

3. Mr. Paitsel was recently assigned to serve United States Army reserve military duty in Salem, Virginia for one weekend per month.  Mr. Paitsel would travel to Salem on Friday and return to his home on Sunday on each required weekend.

4. AUSA Michael Marando does not oppose this Motion.

5. Counsel has consulted with Pretrial Services, which does not oppose this Motion.

Wherefore, for the foregoing reasons, David Paitsel respectfully requests that this Court grant this Motion and modify his conditions of release to allow him to travel to and from Salem, Virginia in order to serve his military reserve duty at that location.

                                                   Respectfully submitted,

                                                   _____/s/_____
                                                   David Benowitz
                                                 *Counsel for David Paitsel*
                                                 D.C. Bar No. 451557
                                                 Price Benowitz LLP
                                                 409 Seventh Street, NW, Suite 200
                                                 Washington, DC 20004
                                                 David@PriceBenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2019, I caused a true and correct copy of the foregoing Unopposed Motion to be delivered via CM/ECF to AUSA Michael Marando, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC 20530.

                                                 _____/s/_____
                                                 David Benowitz