UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:19-CR-00156-CKK-2 |
| ) | |
| v. ) | |
| ) | |
| DAVID PAITSEL ) | |
| Defendant ) | |

## ORDER

This Court having considered the defendant's Unopposed Motion to Modify Conditions of Release to Allow Defendant to Leave the District in Which He Resides to Serve Reserve Military Duty, it is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Paitsel's conditions of release are modified to allow him to travel to and from Salem, Virginia in order to serve United States Army reserve military duty in that location;

**FURTHER ORDERED**, that Mr. Paitsel is permitted to travel to Salem, Virginia on Friday and return to the district in which he resides on Sunday, on one weekend per month, in order to fulfill his military service obligation.

_October 2, 2019_
DATE

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
United States District Judge