CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) | Civil/Criminal No.: 19-156 (CKK) |
| BRIAN WINSTON BAILEY DAVID PAITSEL |  |  |

### NOTE FROM JURY

Can you help us with the USB drive?

Date: 10/7/ 22

Time: 12:26 pm

OREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|                          |     |                    |              |
|--------------------------|-----|--------------------|--------------|
|                          | )   |                    |              |
|                          | )   |                    |              |
| vs.                      | )   | Civil/Criminal No.:| 19-156 (CKK) |
|                          | )   |                    |              |
| BRIAN WINSTON BAILEY     | )   |                    |              |
| DAVID PAITSEL            | )   |                    |              |

### NOTE FROM JURY

We would like to request the ff:
- extra bottles of water & soda
- condiments ( mayo, Ketchup, etc.)

Date: 10/7/22

Time: 1:02pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____ )
                        )
                        )
         vs.            )        Civil/Criminal No.: ___19-156 (CKK)___
                        )
BRIAN WINSTON BAILEY    )
DAVID PAITSEL           )
_____ )

## NOTE FROM JURY

We have reached a verdict.

Date: 10/7/22

Time: 3:15 pm

FOREPERSON