UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Case No: 19-cr-156 (CKK) |
| v. | : |
| | : |
| BRIAN BAILEY AND, | : |
| | : |
| DAVID PAITSEL | : |
| | : |
| Defendant. | : |

**VERDICT FORM**

On the first portion of this verdict form, the jury shall indicate whether the government has proven beyond a reasonable doubt whether Defendant Brian Bailey participated in a conspiracy to commit bribery with Dawne Dorsey:

**Count 1 (Conspiracy to Commit Bribery) (18 U.S.C. § 371)**

As to Count 1, we unanimously find the defendant Brian Bailey:

__✓__ Guilty          _____ Not Guilty

**Count 2 (Bribery) (18 U.S.C. § 201(b)(1)(C))**

As to Count 2, we unanimously find the defendant Brian Bailey:

__✓__ Guilty          _____ Not Guilty

On the second portion of this verdict form, the jury shall indicate whether the government has proven beyond a reasonable doubt whether Defendant Brian Bailey participated in a conspiracy to commit bribery, and whether Defendant David Paitsel participated in a conspiracy to commit bribery:

1

**Count 3 (Conspiracy to Commit Bribery) (18 U.S.C. § 371)**

    As to Count 3, we unanimously find the defendant Brian Bailey:

    __✓__ Guilty                                      _____ Not Guilty

    As to Count 3, we unanimously find the defendant David Paitsel:

    __✓__ Guilty                                      _____ Not Guilty

On the third portion of this verdict form, the jury shall indicate whether the government has proven beyond a reasonable doubt whether Defendant Brian Bailey paid bribes to Defendant David Paitsel:

**Count 4 (Bribery) (18 U.S.C. § 201(b)(1)(C))**

    As to Count 4, we unanimously find the defendant Brian Bailey:

    __✓__ Guilty                                      _____ Not Guilty

On the final portion of this verdict form, the jury shall indicate whether the government has proven beyond a reasonable doubt whether Defendant David Paitsel received bribes from Defendant Brian Bailey:

**Count 5 (Bribery) (18 U.S.C. § 201(b)(2)(C))**

    As to Count 5, we unanimously find the defendant David Paitsel:

    __✓__ Guilty                                      _____ Not Guilty

Date: __10/7/22__                                _____
Time: __7:15 pm__                           FOREPERSON