**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.  ) | Crim. No. 1:19-cr-156-CKK-2 |
| ) | |
| **DAVID PAITSEL,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT DAVID PAITSEL'S MOTION TO ADOPT AND JOIN DEFENDANT BRIAN BAILEY'S UNOPPOSED MOTION TO ENLARGE TIME TO PROVIDE OBJECTIONS TO PRESENTENCE REPORT AND AMEND BRIEFING SCHEDULE**

Defendant, David Paitsel ("Mr. Paitsel"), by and through undersigned counsel, hereby moves to adopt and join Defendant Brian Bailey's Unopposed Motion to Enlarge Time to Provide Objections to Presentence Report and Amend Briefing Schedule. Mr. Paitsel has standing to make this request. Mr. Paitsel respectfully requests that the briefing schedule in his matter also be amended to the following dates:

| | |
|---|---|
| Objections Due: | August 29, 2023 |
| Final PSI Due: | September 11, 2023 |
| Government Sentencing Memorandum: | September 15, 2023 |
| Defendant's Sentencing Memorandum: | September 29, 2023 |
| Sentencing Hearing: | October 12, 2023 |

Wherefore, Mr. Paitsel, respectfully requests that this Honorable Court grant his Motion to Join and Adopt and amend the briefing schedule.

1

Respectfully submitted,

_____s/_____
David Benowitz
DC Bar # 451557
*Counsel for David Paitsel*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2023, a true copy of the foregoing Defendant's Motion Adopt and Join Defendant Brian Bailey's Unopposed Motion to Enlarge Time to Provide Objections to Presentence Report and Amend Briefing Schedule was served via the CM/ECF system upon Assistant United States Attorney Elizabeth Aloi, United States Attorney's Office, 601 D Street NW, Washington, D.C. 200001.

_____/s/_____
David Benowitz

2