UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) <br> ) <br> ) <br> ) |
| v. | ) Crim. No. 1:19-cr-156-CKK-2 <br> ) |
| **DAVID PAITSEL,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

### ORDER

This Court, having considered Defendant's Motion to Adopt and Join Defendant Brian Bailey's Unopposed Motion to Enlarge Time to Provide Objections to Presentence Report and Amend Briefing Schedule, it be and is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is hereby

**FURTHER ORDERED**, the Presentence briefing schedule be amended to:

| | |
|---|---|
| Objections Due: | August 29, 2023 |
| Final PSI Due: | September 11, 2023 |
| Government's Sentencing Memorandum: | September 15, 2023 |
| Defendant's Sentencing Memorandum: | September 29, 2023 |
| Sentencing Hearing: | October 12, 2023 |

_____        _____
Date                                              Colleen Kollar-Kotelley
                                                      District Judge