UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Crim. No.: 1:19-cr-156-CKK-2** |
| | ) | |
| **DAVID PAITSEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant, David Paitsel ("Mr. Paitsel"), by and through undersigned counsel, respectfully moves this Honorable Court to continue the currently scheduled sentencing hearing date of October 12, 2023. In support, counsel for Mr. Paitsel states the following:

1. A jury convicted Mr. Paitsel of one count, respectively, of Conspiracy, in violation of 18 U.S.C. § 371, and Bribery, in violation of 18 U.S.C. § 201(b)(2)(C).

2. A sentencing hearing is currently scheduled for October 12, 2023.

3. Counsel for Mr. Paitsel was scheduled to begin a jury trial on September 26, 2023, in the United States District Court for the District of Columbia.[1] The trial was originally scheduled to end before Mr. Paitsel's sentencing hearing.

4. Due to unforeseen urgent health concerns, the trial date in counsel's other matter was continued from September 26, 2023, to October 5, 2023. The trial is likely to be completed on October 13, 2023.

---

[1] 1:22-cr-155-TSC

1

5. Because of this unforeseen scheduling conflict, counsel for Mr. Paitsel respectfully requests that the sentencing hearing be continued to a date convenient for all parties after October 16, 2023.

6. AUSA Elizabeth Aloi objects to this request.

Wherefore, for the above reasons, counsel for David Paitsel requests that we continue sentencing in this matter to a date convenient for all parties.

Respectfully submitted,

_____s/_____
David Benowitz
DC Bar # 451557
*Counsel for David Paitsel*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2023, a true copy of the foregoing Defendant's Motion to Continue Sentencing was delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz