**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** )  )  ) | |
| **v.** ) | **Crim. No.: 1:19-cr-156-CKK-2** |
| ) | |
| **DAVID PAITSEL,** ) ) | |
| **Defendant.** ) | |

## ORDER

This Court, having considered Defendant's Motion to Continue Sentencing Hearing, it be and is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED**.

_____     _____
**DATE**           **COLLEEN KOLLAR-KOTELLY**
                   **SENIOR UNITED STATES DISTRICT JUDGE**