The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Kollar-Kotelly,

    I grew up in a small, rural town in Eastern North Carolina with a population of approximately 6,500 people. My high school graduating class had less than 100 students. Knowing that I did not have money to pay for college after graduating, I enlisted in the North Carolina National Guard during my junior year of high school and attended basic training in the summer of 1998. I was an ROTC cadet during college and enlisted in the Army in 2003.

    In 2004, I was selected to be an Army Criminal Investigator. I served in various positions and roles including conducting federal criminal investigations and protective service details. During my time at the Pentagon, I provided protection to both Secretaries of Defense Rumsfeld and Gates. I was entrusted with the United States' top secrets including access to the White House, Capitol Hill, and Camp David. I deployed to Iraq and Afghanistan twice. I spent many shorter periods of time overseas. In 2013, I was directly appointed as a military intelligence officer and assigned various assignments including work at NSA and U.S. Army Cyber Command. During my career in the military, I worked my way through the ranks starting as a private and climbed through the officer ranks. I have been awarded numerous metals and awards throughout my career.

    I was selected by the FBI to attend the FBI Academy in 2008 while still serving in the military. I attending the FBI Academy in 2009 and worked in several divisions including Counterintelligence, Criminal/Violent Crimes, and Counter Terrorism as an FBI Special Agent. I was the case agent for the first RICO case brought against a bank robbery organization in the First Circuit. During almost 10 years at the FBI, I received several top annual evaluations. I received numerous awards including classified awards that I was unable to bring home. I was successful because of hard work and my dedication to the mission and keeping America safe.

    I would like you to know that I passed three separate polygraphs just prior to my arrest. Two polygraphs were conducted by the FBI, and one was conducted by NSA. Additionally, the military has continued to provide support since my arrest in 2019. I was promoted as a company commander in 2020, where I led hundreds of soldiers. In 2022, I received the third highest military metal awarded outside of combat. I continue to serve and currently work as a Battalion Assistant Operations Officer managing an operation involving thousands of U.S. soldiers.

    I believe there is more to this story that I would like to share. While conducting a bank robbery investigation shortly before my indictment and arrest, I became aware that the U.S. Attorney's Office and FBI knowingly conducted illegal searches during the investigation. I felt morally obligated to protect the constitutional rights of the suspects. I documented the illegal searches, notified FBI leadership, and essentially became a whistleblower. Throughout the duration of this case, both the FBI and DOJ have attempted to portray me as lacking morals. When an FBI coworker attempted to provide a character letter on my behalf, he was reprimanded by the leadership and threatened with disciplinary actions.

    I have dedicated my entire adult life to serving our Country in some role. While doing so, my family sacrificed a lot. I missed my son's birth and was deployed for most of his life. He has attended 9 different schools due to relocations. My spouse sacrificed tremendously while essentially raising our son alone and somehow, she does not fault me for it. She would tell you she would not change my service to our County and that I have always had a servant's heart. I want to help people. As a result of my actions, my family lost our life savings, house, and careers.

    As a result of my actions, this case and losing our life savings, house, and careers has been the most difficult challenge of my life, outside of deployment. I will not let it be the end of my story. I believe the Lord is not done with me yet. I believe that my next calling after this is over is to go to law school and defend indigent and underprivileged criminal defendants. After personally experiencing the cost and the process, I would like to use my experiences to help others during their criminal cases.

                                                        Respectfully,