The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Kollar-Kotelly,

My name is Mr. Stacey E Harris and I am writing this letter on behalf of Mr. David Paitsel. I have served the people at Trinity of Fairview Church for 29 wonderful years, 14 as lead pastor. I have had the honor of knowing David and his family for over ten of these years as pastor and friend. I have always known him to be trustworthy, kind, and involved with his family and community positively and joyfully.

I have seen his trustworthiness in the roles of service he has taken in our church body. He has selflessly served with children and students in weekly and annual arenas. He faithfully attends worship with his family, and serves our student ministry whenever the opportunity arises. He is a member, along with his wife, of our couples small group. His peers love being around him, and he contributes profitably with life insights, food, and monetary support. His experience in these trials, and subsequent verdict, has enabled him to speak into the lives of others in our group. The circumstances have also been an object of prayer for the group as the Paitsel family has walked through this process. I have personally seen the sorrow, regret, and anxiety the proceedings have caused in his life. I know if he had a chance to go back and make a few different decisions, he certainly would. I believe the things he has been found guilty of are certainly out of character for David, as I have had no thought about trusting him with resources and information in our relationship.

His kindness is obvious to me in a personal way as he has reached out to our family often in times of challenge and need. With my mother in laws passing this past year, David and his family have been a constant source of encouragement and strength. Even as he was walking through some of the most challenging days of his life, he found time to care for others in need.

The place that David's character really shines is with his family. He obviously loves them with every fiber of his being, and is deeply and positively involved in their lives daily. I have observed his care for his wife and son personally over the last 10 years as we have gone on trips with them, to church with them, and shared memories at many family gatherings. David is surely a loving and committed husband and father.

Any grace and leniency in David's sentencing would be rightly invested in a person who is a contributing and positive member of society. David would make the most of any opportunity afforded him in this matter, and would, in my opinion, never be seen in this position again.

Sincerely,

Rev. Stacey E Harris