Peter Y. Wang
2747 E University Drive Unit 2370
Mesa, Arizona 85214
202-730-6271

19 May 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Ave. NW,
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I am writing this character letter for David Paitsel. I retired as an FBI Supervisory Special Agent in 2019, after over 21 years of service. Prior to becoming an FBI Agent, I was an active-duty United States (U.S.) Army Officer for over five years. In total, I have 27 years of government service. During my time in the FBI, I primarily addressed counterintelligence matters, focused on mitigating threats from top countries, while leading two counterintelligence squads for nearly five years as a Squad Supervisor and leading multiple counterintelligence programs for three years as an FBI Headquarters Unit Chief. Thrice, I won awards from Director of National Intelligence for excellence in counterintelligence investigations.

While I was a Squad Supervisor in the FBI-Baltimore field office, I supervised David Paitsel from December 2011 to March 2014, along with six other Special Agents. He was one of top Special Agents on the squad, and he worked tirelessly to address emerging threats emanating from a top threat country, and his performance evaluation reflected this, as he received top ratings and highly positive comments from me regarding his performance and significant contribution to the U.S. National Security mission. He was consistently forthright regarding status of cases and operations, whether the status was positive or negative. He was also consistently forthwith in informing me regarding matters that I should be aware of, such as any work policy matters. I explicitly trusted David Paitsel to do his best in carrying out the duties entrusted to him by the U.S. Government as an FBI Special Agent, including being transparent to me, as his supervisor, regarding all matters regarding his cases, operations, and personal dealings that I was should be privy to. The offenses for which he was convicted of were highly out of character for him. It is extremely unlikely that he will violate the law in the future.

For many years, he faithfully and diligently carried out duties as an FBI Agent and a U.S. Army reservist, while protecting all Americans. The totality of his contribution to our country and society should be greatly considered, when determining his sentence.

Sincerely and respectfully,

Peter Y. Wang