April 25, 2023

The Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia

333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Kollar-Kotelly,

I would like first to tell you a little about myself. My name is Donnie Parks, I am a retired chief of police for the Hendersonville Police Department, located in North Carolina. I am currently serving as an administrative project manager and advisor for the Buncombe County Sheriff's Office located in Asheville, North Carolina. I and my wife are friends of Mr. David Paitsel, his wife, Jenny, and their son Brody. I and Mr. Paitsel have known each other for just over four years. We are neighbors. In this time of knowing Mr. Paitsel, I have come to know him as one who is a loving and caring husband and father. He is also a neighbor who is well respected in our neighborhood and has reached out to help many in our neighborhood. While working a fulltime job, Mr. Paitsel still finds time for his family and friends in our neighborhood.

I am aware of the charges Mr. Paitsel has been found guilty of and I must say that this situation in no way reflects his true character. I have come to know him as someone who is honest, friendly, and extremely caring for others. Mr. Paitsel has shared the facts pertaining to his charges and I must say it is in total contrast to how he lives his life. He is not only dedicated to his family and community, but also to his country and serves in our nation's National Guards. This is something he takes immense pride in, which is typical of a person of his character. I know from speaking with Mr. Paitsel, that he regrets the position he has put himself and his family in. I have no doubt that if given a second chance, as he has displayed since he was charged in this matter, that he will do all within his power to make amends to everyone in his life. As I, he also serves a God of many chances. It is my hope that you will afford him a second one.

With over 45 years of experience in law enforcement and the criminal justice system, and one who has served as an appointee of one North Carolina Attorney General and two governors, I have committed to living my life in a manner above reproach. This character letter is one of two I have ever written in my entire professional career. This is how strongly I support Mr. Paitsel receiving leniency from you as you decide his fate. In a time when families are falling apart, Mr. and Mrs. Paitsel have built a strong bond between one another and their son. I ask that your decision be one that allows this family to remain together and not be separated at the conclusion of this matter.