The Honorable Colleen Kollar-Kotelly                                    19SEP2023

United States District Court for the District of Columbia

333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Kollar-Kotelly,

My Name is Christopher Witte. I live in Davis County Utah, and retired in 2022 as a Major, from the Utah National Guard where I served as a Counterintelligence Officer. I have over 25 years in the Law Enforcement community. I currently work as a Deputy Sheriff with the Davis County Sheriff's Office.

I first met Davis Paitsel while I was activated with the Utah National Guard at Ft. Mead Maryland in early 2019. Davis was on his annual tour with the Army Reserves. Due to our similar civilian career fields and personal interest, a casual friendship developed over the course of a few weeks. While going to or from work, or out to lunch, Davis and I would talk about the different aspects of Law Enforcement and even general aspect of cases that each of us have worked in the past.

Because of this experience, I feel I obtained a glimpse of David's "moral compass".

After I returned to Utah, I did not have contact with David due to not being able to reach him on his work cell phone. I eventually made contact with David on his personal cell phone. This is when I learned of his legal situation.

Every month or so I would speak with David who updated me on the developments of his legal situation.

Over the next couple of years, I noticed a change in the attitude of David. Upon first learning of David's arrest, I was surprised. From the brief time that I had known David at Ft. Mead, this was very out of character for David. To say David was upset would be an understatement. As David and I conversed over the months, David's attitude went from one of frustration to one of acceptance and peace. I was even surprised to hear David state that everything happens for a reason.

David Paitsel is married and has one sone. He is thoughtful and caring. Even though I only knew David for a few weeks at Ft. Meade, I feel that the conversations that followed allowed me to get to know him deeply.

Whatever the outcome of his conviction, I believe that David will return to be a productive, contributing member of society, having learned and bettered himself, from this experience.

I have prayed for David's case to be resolved appropriately. I hope you will find the perfect balance between justice and mercy.

Very Respectfully,

Christopher Witte

*[signature]*