May 16, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Av. NW, Washington, DC 20001

Subject: Character Statement for David Paitsel

Dear Judge Kollar-Kotelly,

      My name is Jesse L. Falk. I am a friend and former co-worker of David Paitsel. I have known Dave for approximately 13 years. During that time, I can attest I have come to know Dave personally, and I state unequivocally Dave is one of the most caring and compassionate individuals I know and that I hold Dave in the highest regard.

      I first met Dave in May 2010 shortly after my arrival to the FBI Baltimore Field Office. I had graduated from Quantico as a Special Agent only a month prior, and Dave was one of the first agents I met in Baltimore. Over the next six years, I worked with Dave on regular basis. Together we served on the same squad, and together we served as part of FBI Baltimore's Maritime team. Dave was an incredible team player and someone I could always count on. Trustworthy, dependable, hard-working, and dedicated; those are just a few of the many positive attributes in how I would describe Dave.

      Besides our work within the FBI, Dave and I also shared a common bond as we were both on Active Duty serving within the U.S. Army Reserves. When I first met Dave, I was at the rank of Major, while Dave held the rank of Sergeant. As a graduate of the United States Military Academy at West Point and with over eleven years of military experience at the time, I recognized Dave's potential and encouraged him to join the Officer Corps. In 2012, I wrote a letter of recommendation for Sergeant Paitsel to receive a Direct Appointment, which he was granted. It was well deserved, and Dave continues to admirably serve to this day.

      Outside of our government jobs and military service, Dave and I shared similar interests. Most importantly is family. I came to know Dave's spouse, son, and father, while Dave came to know my two boys and other members of my family. On one occasion, Dave joined me and members of my family in running the Army 10-Miler in Washington D.C. Besides family, Dave and I also purchased a townhome together, and he included me on other business opportunities. For our townhouse, we took numerous trips to North Carolina and spent many weekends renovating it. I was entrusted to handle the ledger for all finances, while Dave took care of the purchase and eventual sale of the property. For other business dealings, Dave introduced me to his friend, Brian Bailey, with whom I invested a substantial amount of money. During the course of our many business-related ventures, Dave was always honest and trustworthy.

      After Dave and his family departed the Baltimore area, Dave and I continued to maintain a strong friendship. Despite the distance, we communicated regularly, and when given the opportunity, I would see him when he returned to the Baltimore and

Washington D.C. area. When I was informed of Dave's arrest, it came as a complete shock. It still does. I cannot fathom Dave would intentionally and maliciously seek to do anyone harm or commit a crime. The allegations and subsequent conviction do not alter my perspective of Dave. I genuinely believe Dave is a respectable and admirable individual. I do not say this simply because he is my friend. I say this because I know Dave is a remarkable individual, and I know that I am a better person for having known him.

Sincerely,

Jesse L. Falk