UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**  )  )  )  | |
| **v.**  )  )  | **Crim. No.: 19-cr-156-CKK** |
| **DAVID PAITSEL,**  )  )  | |
| **Defendant.**  )  | |

### DEFENDANT DAVID PAITSEL'S MOTION TO ADOPT AND JOIN DEFENDANT BRIAN BAILEY'S SENTENCING GUIDELINE LOSS AMOUNT CALCULATION

Defendant, David Paitsel, by and through undersigned counsel, hereby moves to adopt and join Defendant Brian Bailey's sentencing guideline loss amount calculation. *See* ECF 286.

Respectfully submitted,

_____s/_____
David Benowitz
DC Bar # 451557
*Counsel for David Paitsel*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of October 2023, a true copy of the foregoing Defendant David Paitsel's Motion To Adopt and Join Defendant Brian Bailey's Sentencing Guideline Loss Amount Calculation was delivered via CM/ECF to all parties in this matter.

                                        _____/s/_____
                                        David Benowitz