# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**    ) | |
| ) | |
| ) | |
| **v.**    ) | **Crim. No.: 19-cr-156-CKK** |
| ) | |
| **DAVID PAITSEL,**    ) | |
| ) | |
|     **Defendant.**    ) | |

## ORDER

This Court, having considered Defendant David Paitsel's Motion to Adopt and Join Defendant Brian Bailey's Sentencing Guideline Loss Amount Calculation, it be and is hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED**.

_____                    _____
**Date**                                                                   **COLLEEN KOLLAR-KOTELLY**
                                                                                   **Senior United States District Judge**