# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 19-CR-156 (CKK) |
| v. | : | |
| | : | |
| **DAVID PAITSEL,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Pursuant to this Court's minute entry dated October 18, 2023, the government submits the attached proposed findings of fact and final order of forfeiture.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:    /s/ *Elizabeth Aloi/John W. Borchert*
        Elizabeth Aloi (NY Bar No. 4457651)
        John W. Borchert (D.C. Bar No. 472824)
        Assistant United States Attorneys
        Fraud, Public Corruption & Civil Rights Section
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 695-0610 (Aloi)
        (202) 252-7679 (Borchert)
        Elizabeth.Aloi@usdoj.gov
        John.Borchert@usdoj.gov

October 26, 2023

2

## CERTIFICATE OF SERVICE

I certify that this pleading was filed via the electronic case filing system (ECF) and thereby served on counsel for the defense.

*/s/ John Borchert*
John W. Borchert
Assistant United States Attorney