UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-CR-156 (CKK)** |
| v. | : | |
| | : | |
| **DAVID PAITSEL,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] FINDINGS OF FACT
AND FINAL ORDER OF FORFEITURE**

**WHEREAS**, the Indictment alleged the forfeiture of property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

**WHEREAS**, the Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States;

**WHEREAS**, on March 7, 2022, a jury found the defendant guilty of Count Three, Conspiracy to Commit Bribery, in violation of 18 U.S.C. § 371, and Count Five, Bribery, in violation of 18 U.S.C. § 201(b)(2)(C);

**WHEREAS**, evidence admitted during the trial of this matter indicated that the defendant personally received no less than $10,600 through is participation in the bribery scheme in which the jury found he had participated;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Counts Three and Five, of which the defendant was convicted at trial, is subject to forfeiture;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that entry of a forfeiture

money judgment against the defendant and in favor of the United States in the amount of $10,600 is appropriate, insofar as this property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2462(c);

**WHEREAS**, 21 U.S.C. § 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to 18 U.S.C. §§ 371 and 201(b)(2)(C): any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count Three and Five which the defendant has been found guilty of.

2. A forfeiture money judgment in the amount of $10,600, is entered against the defendant and in favor of the United States.

3. The Court finds that the proceeds that the defendant personally obtained as a result of the offense that he has been found guilty of have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be

made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2023

 

                                                     JUDGE COLLEEN KOLLAR-KOTELLY
                                                     UNITED STATES DISTRICT COURT