# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 1:19-cr-156-2 (CCK)
)
DAVID PAITSEL )

## NOTICE OF APPEAL

Name and address of appellant:  David Paitsel
130 Park Drive, Unit 303
Fletcher, NC  28732

Name and address of appellant's attorney:  David Benowitz
Price Benowitz LLP
409 Seventh ST NW
Suite 200
Washington, DC 20004

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Found guilty after a plea of not guilty of Conspiracy to Commit Bribery (18 USC § 371) and Bribery (18 USC § 201(b)(2). J&C filed October 19, 2023. Sentenced to 24 months on both counts, all counts to run concurrently to each other

Name and institution where now confined, if not on bail:  on bail awaiting self-surrender

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| November 2, 2021 | /s/ David Paitsel |
|---|---|
| DATE | APPELLANT |
|  | /s/ David Benowitz |
|  | ATTORNEY FOR APPELLANT |

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ☒ |
| PAID USCA FEE | ☐ |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☒ |
| Has counsel ordered transcripts? | ☐ | ☒ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ☒ |