APPEAL,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–cr–00156–CKK</u>–2

Case title: USA v. BAILEY et al

Magistrate judge case number:  1:19–mj–00108–DAR

Date Filed: 05/14/2019

---

Assigned to: Judge Colleen Kollar–Kotelly

**<u>Defendant (2)</u>**

| | | |
|---|---|---|
| **DAVID PAITSEL** | represented by | **David Barry Benowitz** |
| | | PRICE BENOWITZ LLP |
| | | 409 Seventh Street, NW |
| | | Suite 200 |
| | | Washington, DC 20004 |
| | | (202) 417–6000 |
| | | Fax: (202) 664–1331 |
| | | Email: david@pricebenowitz.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Glenn F. Ivey**
IVEY LAW FIRM
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770
301–537–1451
Email: ivey@iveylevetown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rammy George Barbari**
PRICE BENOWITZ
409 7th St. NW
Suite 100
Washington DC, DC 20004
(202) 417–6000
Fax: (202) 664–1331
Email: rammy@pricebenowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

1

**Robert Lee Jenkins , Jr.**
BYNUM & JENKINS, PLLC
1010 Cameron Street
Alexandria, VA 22314
(703) 309–0899
Fax: (703) 229–8652
Email: rjenkins@bynumandjenkinslaw.com
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Shawn Sukumar**
PRICE BENOWITZ LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
(202) 417–6000
Email: shawn@pricebenowitz.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy. (3) | Twenty–four (24) Months incarceration followed by Twenty–four (24) Months of Supervised Release and a Special Assessment of 100.00. |
| 18:201(b)(2)(C); GRAFT AND CONFLICT OF INTEREST; Bribery. (5) | Twenty–four (24) Month incarceration followed by Twenty–four (24) Month of Supervised Release to run concurrently to Count One (1) and a Special Assessment of 100.00 for a total of 200.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:201(b)(2)(C). | |

**Plaintiff**

**USA**                                    represented by   **Elizabeth Ann Aloi**
U.S. ATTORNEY'S OFFICE/DISTRICT
OF COLUMBIA
555 4th Street, NW
Washington, DC 20003
(202) 252–7212
Email: elizabeth.aloi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**J.P. Cooney**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7281
Email: joseph.cooney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael John Marando**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7068
Email: michael.marando@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**John Witherspoon Borchert**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Criminal Division
555 Fourth Street, NW
Washington, DC 20001
(202) 252–7679
Fax: (202) 307–2304
Email: john.borchert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2019 | 4 | |

| | | |
|---|---|---|
| | | COMPLAINT as to DAVID PAITSEL (1). (Attachments: # 1 Affidavit in Support of Criminal Complaint and Arrest Warrant) (zhsj)[1:19–mj–00108–DAR] (Entered: 04/25/2019) |
| 04/24/2019 | 5 | MOTION to Seal Affidavit in Support of Criminal Complaint and Arrest Warrant by USA as to DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order) (zhsj)[1:19–mj–00108–DAR] (Entered: 04/25/2019) |
| 04/24/2019 | 6 | ORDER granting 2 Motion to Seal Affidavit in Support of Criminal Complaint and Arrest Warrant as to DAVID PAITSEL (1). Signed by Magistrate Judge Deborah A. Robinson on 4/24/2019. (zhsj)[1:19–mj–00108–DAR] (Entered: 04/25/2019) |
| 04/25/2019 | | Case unsealed as to Defendant DAVID PAITSEL pursuant to oral order by Magistrate Judge Deborah A. Robinson on 4/25/19. (kk) [1:19–mj–00108–DAR] (Entered: 04/26/2019) |
| 04/25/2019 | | Arrest of Defendant DAVID PAITSEL. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | 9 | Arrest Warrant, dated 4/24/19, returned executed on 4/25/19 as to Defendant DAVID PAITSEL. (kk)[1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | | ORAL MOTION by USA to Unseal Entire Case as to Defendant DAVID PAITSEL. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | | ORAL MOTION by Defendant DAVID PAITSEL to Appoint Counsel. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | | ORAL MOTION by Defendant DAVID PAITSEL to Continue Preliminary Hearing Beyond 21 Days. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | | JOINT ORAL MOTION by Defendant DAVID PAITSEL and USA to Exclude the Period Between 4/25/19 and 5/20/19 in computing the time within which an indictment must be filed Pursuant to the Speedy Trial Act. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | | Minute Entry for Initial Appearance as to DAVID PAITSEL held before Magistrate Judge Deborah A. Robinson on 4/25/19 : Oral Motion by USA to Unseal Entire Case as to Defendant DAVID PAITSEL, heard and granted. Oral Motion by Defendant to Appoint Counsel, heard and granted. CJA panel attorney Robert Lee Jenkins, Jr. appointed to represent DAVID PAITSEL. Oral Motion by Defendant to Continue Preliminary Hearing Beyond 21 Days due to extraordinary circumstances requiring a necessary delay in the proceedings, heard and granted. Preliminary Hearing set for 5/20/19 at 1:45 PM before Magistrate Judge G. Michael Harvey in Courtroom 6. Joint Oral Motion by Defendant and USA to Exclude the Period Between 4/25/19 and 5/20/19 in computing the time within which an indictment must be filed Pursuant to the Speedy Trial Act, heard and granted in the interest of justice. Bond Status of Defendant: Defendant Released on Personal Recognizance Bond. Release issued. Court Reporter: FTR Gold – Ctrm. 4; FTR Time Frame: 3:14:18 – 3:41:52. Defense Attorney: Robert Jenkins; U.S. Attorney: Michael Marando; Pretrial Officer: Andre Sidbury. (kk) [1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | 10 | ORDER as to Defendant DAVID PAITSEL : excluding the time from 4/25/19 through and including 5/20/19 (26 days) for the purposes of any computation under the Speedy Trial Act, in the interest of justice; signed by Magistrate Judge Deborah A. Robinson on 4/25/19. (kk)[1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/25/2019 | 11 | ORDER Setting Conditions of Release : Defendant DAVID PAITSEL released on Personal Recognizance Bond, signed by Magistrate Judge Deborah A. Robinson on 4/25/19. (Attachment: Appearance Bond) (kk)[1:19–mj–00108–DAR] (Entered: 05/13/2019) |
| 04/29/2019 | 14 | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: David Barry Benowitz appearing for DAVID PAITSEL (Benowitz, David)[1:19–mj–00108–DAR] (Entered: 04/29/2019) |
| 04/29/2019 | 15 | NOTICE OF ATTORNEY APPEARANCE: Glenn Frederick Ivey appearing for DAVID PAITSEL (Ivey, Glenn)[1:19–mj–00108–DAR] (Entered: 04/29/2019) |
| 05/14/2019 | 18 | INDICTMENT as to BRIAN WINSTON BAILEY (1) count(s) 1, 2, 3, 4, DAVID PAITSEL (2) count(s) 3, 5. (CRIMINAL FORFEITURE ALLEGATION) (zvt) (Entered: 05/16/2019) |
| 05/20/2019 | | NOTICE OF HEARING as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL(2):Status Conference set for 6/12/2019 at 11:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 05/20/2019) |
| 05/28/2019 | 20 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Marando, Michael) (Entered: 05/28/2019) |
| 05/29/2019 | 21 | ORDER granting 20 Unopposed Motion for Protective Order as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on May 29, 2019. (lcckk1) (Entered: 05/29/2019) |
| 06/12/2019 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Arraignment as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4 and DAVID PAITSEL (2) as to Counts 3,5 held on 6/12/2019. Status Conference as to BRIAN WINSTON BAILEY(1), and DAVID PAITSEL (2) held on 6/12/2019. Speedy Trial (XT) is tolled in the Interest of Justice from 6/12/2019 to 8/14/2019 for Defendants BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Excludable started as to BRIAN WINSTON BAILEY(1), and DAVID PAITSEL(2). Status Conference set for 8/14/2019 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Continued on Personal Recognizance, Brian W. Bailey (1) and David Paitsel (2); Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel and Ana L. Jara (1) and David B. Benowitz and Glenn F. Ivey (2); US Attorney: Michael J. Marando. (dot) (Entered: 06/12/2019) |
| 06/12/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): On June 12, 2019, the Court arraigned Defendants Brian Winston Bailey (1) and David Paitsel (2). Each Defendant pled not guilty. The Court also held a Status Hearing for which both Defendants were present and represented by counsel. The Government indicated that it had provided a large volume of discovery, and that it expects to complete the production of discovery within the next week. Defendants have experienced some difficulties in accessing electronic discovery, but those issues are being resolved.The Court set a further Status Hearing for **AUGUST 14, 2019, at 10:00 AM**. Mr. Bailey and Mr. Paitsel each consented to the tolling of his Speedy Trial rights between the date of the Status Hearing on June 12, 2019, and the date of the Status Hearing on August 14, 2019. The Court finds that a continuance of each Defendant's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and each Defendant in a speedy trial, in order to allow for the production of further discovery, to permit Defendants time to review all of the discovery, and to facilitate any discussion of a resolution of this matter.The Court refrains at this time from identifying the updated 70–day deadline. The Government's counsel raised an issue with the method that the Court used to calculate the original 70–day deadline. *See* 18 U.S.C. &sect 3161(c)(1). Under his approach, the date of the triggering event would be excluded from the calculation, which would result in a deadline one day later than the Court has calculated. By **JUNE 17, 2019**, the Government shall make a submission either identifying any support for that reading of Section 3161(c)(1) or confirming that the Government does not pursue this issue further.Signed by Judge Colleen Kollar–Kotelly on June 12, 2019. (lcckk1) (Entered: 06/12/2019) |
| 06/19/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court has not received a filing from the Government regarding the Speedy Trial calculation issue that the Government raised at the Status Hearing on June 12, 2019. *See* Min. Order of June 12, 2019. The |

| | | |
|---|---|---|
| | | Government shall make this filing by no later than **JUNE 20, 2019**. Signed by Judge Colleen Kollar–Kotelly on June 19, 2019. (lcckk1) (Entered: 06/19/2019) |
| 06/19/2019 | 25 | RESPONSE TO ORDER OF THE COURT by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL *to Court's Minute Order Regarding Excluding Date of Triggering Event from Speedy Trial Act Calculation* (Marando, Michael) Modified event title on 6/21/2019 (znmw). (Entered: 06/19/2019) |
| 06/20/2019 | 26 | NOTICE *of Discovery Filing* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit Discovery Letter (First Production), # 2 Exhibit Discovery Letter (First Production), # 3 Exhibit Discovery Letter (Second Production), # 4 Exhibit Discovery Letter (Second Production))(Marando, Michael) (Entered: 06/20/2019) |
| 07/02/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court has received the Government's 25 Response to Minute Order, regarding the justification for its Speedy Trial calculation. Based on this filing and the Court's own research, the Court agrees that the date of the triggering event is excluded from the calculation of the 70–day deadline.The indictment was publicly filed on May 14, 2019, after Defendants had appeared before a magistrate judge on April 25, 2019. Accordingly, the Court agrees with the Government that the original 70–day period begins on May 15, 2019. *See* 18 U.S.C. § 3161(c)(1). However, the Court does not agree with the Government's determination that the seventieth day is July 24, 2019. Rather, the seventieth day is July 23, 2019. Taking into account the continuance of each Defendant's Speedy Trial rights between the Status Hearing on June 12, 2019, and the next Status Hearing on August 14, 2019, the Court has calculated that the new 70–day deadline is **SEPTEMBER 25, 2019**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. *See* 18 U.S.C. § 3164(a), (b).Signed by Judge Colleen Kollar–Kotelly on July 2, 2019. (lcckk1) (Entered: 07/02/2019) |
| 07/30/2019 | 27 | ENTERED IN ERROR.....NOTICE of Proposed Order *(Consent) Permitting Defendant Brian Bailey to Travel Internationally* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Schamel, Mark) Modified on 7/31/2019 (zhsj). (Entered: 07/30/2019) |
| 07/30/2019 | | NOTICE OF CORRECTED DOCKET ENTRY: as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 27 Notice of Proposed Order was entered in error and counsel was instructed to refile said pleading. Document is linked to wrong defendant. (zhsj) (Entered: 07/31/2019) |
| 08/12/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court has received Defendant Brian Winston Bailey's 30 Consent Motion to Continue Brian Bailey's Status Hearing ("Motion"), which indicates that Mr. Bailey's counsel has an upcoming trial and requests that the Status Hearing be postponed until after that trial. The Government and Defendant David Paitsel consent. Although the title of the motion suggests that it is specific to Mr. Bailey, the body of the motion suggests that the Status Hearing for Mr. Paitsel would be postponed as well. Accordingly, with the consent of the parties, the Court shall GRANT Mr. Bailey's Motion, for good cause shown. The Status Hearing for Mr. Bailey and Mr. Paitsel shall be postponed until **SEPTEMBER 26, 2019, at 11:30 AM**. If, however, Mr. Paitsel instead prefers to proceed with a Status Hearing as to himself on August 14, 2019, rather than to wait until the Status Hearing as to Mr. Bailey on September 26, 2019, then Mr. Paitsel shall notify the Court by **AUGUST 13, 2019, at 12:00 PM**.The Motion indicates that Mr. Bailey and Mr. Paitsel consent to a waiver of their Speedy Trial rights, presumably between the originally scheduled date of the next Status Hearing on August 14, 2019, and the rescheduled Status Hearing on September 26, 2019. Accordingly, the Court has calculated that the new 70–day deadline is **NOVEMBER 7, 2019**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. *See* 18 U.S.C. &sect 3164(a), (b). By no later than **SEPTEMBER 26, 2019**, Mr. Bailey and |

| | | |
|---|---|---|
| | | Mr. Paitsel shall each submit a signed affidavit confirming their consent to tolling their Speedy Trial rights between the originally scheduled date of the next Status Hearing on August 14, 2019, and the rescheduled Status Hearing on September 26, 2019.Signed by Judge Colleen Kollar–Kotelly on August 12, 2019. (lcckk1) (Entered: 08/12/2019) |
| 08/13/2019 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Status Conference set for 8/14/2019 is RESCHEDULED for 9/26/2019, at 11:30 AM, in Courtroom 28A, before Judge Colleen Kollar–Kotelly. (kt) (Entered: 08/13/2019) |
| 08/13/2019 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): Signed affidavits consenting to tolling of Speedy Trial due by 9/26/2019. (kt) (Entered: 08/13/2019) |
| 08/15/2019 | 32 | NOTICE *of Filing Waiver of Rights Under the Speedy Trial Act* by DAVID PAITSEL (Benowitz, David) (Entered: 08/15/2019) |
| 09/26/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): On September 26, 2019, the Court held a Status Hearing for which both Defendants were present and represented by counsel. Counsel for the Government represented that, although the Government is doing one last review to confirm, all discovery had been provided. Counsel for Mr. Bailey indicated that the discovery appears to include over 500,000 documents with over 1,000,000 total pages. Counsel for Defendants indicated that additional time is necessary to review the discovery.The Court set a Status Hearing for **DECEMBER 4, 2019 at 10:00 AM**. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between the date of the Status Hearing on September 26, 2019, and the date of the next Status Hearing on December 4, 2019. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the ends of justice and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial, in order to allow Defendants to review discovery and consider the course of the case. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **JANUARY 15, 2020**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b). Signed by Judge Colleen Kollar–Kotelly on September 26, 2019. (lcckk1) (Entered: 09/26/2019) |
| 09/26/2019 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 9/26/2019. Speedy Trial (XT) is tolled in the Interest of Justice from 9/26/2019 to 12/4/2019 for both Defendants. Excludable started as to BRIAN WINSTON BAILEY(1), and DAVID PAITSEL(2). Status Conference set for 12/4/2019 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian Winston Bailey (1) and David Paitsel (2) Continued on Personal Recognizance; Court Reporter: Bryan Wayne; Defense Attorney: Mark E. Schamel and Ana L. Jara (1) and David B. Benowitz (2); US Attorney: Michael J. Marando. (dot) (Entered: 09/27/2019) |
| 10/02/2019 | 36 | Unopposed MOTION to Modify Conditions of Release *to Allow Defendant to Leave the District in which He Resides to Serve Reserve Military Duty* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 10/02/2019) |
| 10/02/2019 | 37 | ORDER granting 36 Defendant's Unopposed Motion to Modify Conditions of Release as to DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on 10/2/19. (DM) (Entered: 10/02/2019) |
| 12/03/2019 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): There is currently a Status Hearing set for December 4, 2019 at 10:00 AM in this matter. See September 26, 2019 Minute Order. Due to a scheduling conflict, and with the parties' consent, the Status Hearing shall be rescheduled for **DECEMBER 10, 2019 at 9:00 AM in Courtroom 28A**. Signed by Judge Colleen Kollar–Kotelly on December 3, 2019. (lccck1) (Entered: 12/03/2019) |

| 12/03/2019 |    | Set/Reset Hearings as to BRIAN WINSTON BAILEY, DAVID PAITSEL: Status Conference set for 12/10/2019 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (dot) (Entered: 12/03/2019) |
|---|---|---|
| 12/06/2019 |    | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): During proceedings in a related matter in front of this Court, counsel for the Government indicated that Defendants Mr. Bailey and Mr. Paitsel are considering proceeding to trial in this matter. If that is their decision, in the interest of efficient administration of the case, the Court would ask that the parties begin to confer regarding pretrial scheduling. To facilitate any such discussions, the Court shall post on the docket the Pretrial Scheduling Order template that the parties will ultimately submit to this Court with their proposed dates. Signed by Judge Colleen Kollar–Kotelly on December 6, 2019. (lccck1) (Entered: 12/06/2019) |
| 12/06/2019 | 40 | ORDER IDENTIFYING PRETRIAL SCHEDULING TEMPLATE as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on December 6, 2019. (lccck1) (Entered: 12/06/2019) |
| 12/10/2019 |    | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1) and DAVID PAITSEL(2) held on 12/10/2019. Speedy Trial (XT) is tolled in the Interest of Justice from 12/4/2019 to 1/9/2020. Excludable started as to BRIAN WINSTON BAILEY(1) and DAVID PAITSEL(2). The parties to submit Pretrial Scheduling Template to the Court by 12/20/2019. Status Conference set for 1/9/2020 at 2:30 PM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Defendants Brian Winston Bailely(1) and David Paitsel(2), continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: (1)–Ana Jara and Mark E. Schamel, (2) David B. Benowitz; US Attorney: Michael J. Marando. (dot) (Entered: 12/10/2019) |
| 12/10/2019 |    | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): On December 10, 2019 the Court held a Status Hearing for which both Defendants were present and represented by counsel. Counsel for the Government represented that, although the Government is still completing one last review to confirm, all discovery had been provided. Counsel for Defendants indicated that they currently do not have any issues with the discovery that has been provided.<br><br>Counsel for Defendants also indicated that the Defendants currently have decided to proceed to trial. Accordingly, the Court discussed the template for a Pretrial Scheduling Order shared with the parties. The parties shall submit the Pretrial Scheduling Order template with suggested dates no later than **DECEMBER 20, 2019**. The Court further set a Status Hearing for **JANUARY 9, 2020 at 2:30 PM**.<br><br>Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between the date of the originally scheduled Status Hearing on December 4, 2019 and the date of the next Status Hearing on January 9, 2020. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial in order to allow Defendants to review discovery, consider the course of the case, and confer upon a pretrial briefing schedule. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is FEBRUARY 20, 2020. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on December 10, 2019. (lccck1) (Entered: 12/10/2019) |

| 12/20/2019 | 43 | NOTICE *of Filing of Joint Proposed Pretrial Scheduling Order* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Proposed Pretrial Scheduling Order)(Marando, Michael) (Entered: 12/20/2019) |
|---|---|---|
| 01/09/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), and DAVID PAITSEL(2) held on 1/9/2020. Defendants BRIAN WINSTON BAILEY(1), and DAVID PAITSEL(2)Speedy Trial (XT) are tolled in the Interest of Justice from 1/9/2020 to 2/21/2020. Excludable started as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2). Jury Trial set for 9/14/2020 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Status Conference set for 2/21/2020 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Status Conference set for 4/23/2020 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Status Conference set for 9/9/2020 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian Winston Bailey(1) and David Paitsel(2), Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel(1) and David B. Benowitz(2); US Attorney: Michael J. Marando. (dot) (Entered: 01/09/2020) |
| 01/10/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): On January 9, 2020 the Court held a Status Hearing for which both Defendants were present and represented by counsel. Counsel for the Government represented that, although the Government is still completing its last review to confirm, all discovery had been provided. Counsel for Defendants indicated that Defendants would still like to proceed to trial. Accordingly, the Court shall adopt the pretrial dates proposed by the parties in a separate Order. The Court shall also post a separate Order Setting Forth Trial Procedures in Criminal Cases, which discusses this Courts procedures with respect to certain pretrial motions.<br><br>The Court further set a tentative trial date starting on SEPTEMBER 14, 2020 at 9:00 AM and a Status Hearing for FEBRUARY 21, 2020 at 10:00 AM. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between January 9, 2020 and the trial date of September 14, 2020. They also both consented to the tolling of their Speedy Trial rights between January 9, 2020 and the date of the upcoming Status Hearing, February 21, 2020. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial in order to allow the parties to determine whether there will be a superseding indictment and prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is APRIL 3, 2020. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on January 10, 2020. (lccck1) (Entered: 01/10/2020) |
| 01/10/2020 | 46 | ORDER SETTING FORTH TRIAL PROCEDURES IN CRIMINAL CASES as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on January 10, 2020. (lccck1) (Entered: 01/10/2020) |
| 01/10/2020 | 47 | PRETRIAL SCHEDULING ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on January 10, 2020. (lccck1) (Entered: 01/10/2020) |
| 02/21/2020 | 50 | NOTICE OF ATTORNEY APPEARANCE: Rammy George Barbari appearing for DAVID PAITSEL (Barbari, Rammy) (Entered: 02/21/2020) |
| 02/21/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): On February 21, 2020 the Court held a Status Hearing for which both Defendants were present and represented |

by counsel. Both Defendants indicated an interest in having the Probation Office calculate the criminal history and offense level that Defendants may face if they were to be convicted. The Court will therefore order those calculations be done in separate orders.

The Court set the next Status Hearing for **APRIL 23, 2020 at 10:00 AM**. The Court also set a Status Hearing for **AUGUST 10, 2020 at 10:00 AM**. The Court will separately post an Amended Pretrial Scheduling Order reflecting this addition.

Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between February 21, 2020 and the upcoming Status Hearing on April 23, 2020. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial in order to allow the parties to prepare for trial and submit related motions. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **JUNE 4, 2020**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).

Signed by Judge Colleen Kollar–Kotelly on February 21, 2020. (lccck1) (Entered: 02/21/2020)

| 02/21/2020 | 51 | AMENDED PRETRIAL SCHEDULING ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on February 21, 2020. (lccck1) (Entered: 02/21/2020) |
| --- | --- | --- |
| 02/21/2020 | 53 | ORDER as to DAVID PAITSEL (2) directing Probation Office to make certain criminal history and offense level calculations. See Order for details. Signed by Judge Colleen Kollar–Kotelly on February 21, 2020. (lccck1) (Entered: 02/21/2020) |
| 02/21/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 2/21/2020. Speedy Trial (XT) is tolled in the Interest of Justice from 2/21/2020 to 4/23/2020 as to Defendants BRIAN WINSTON BAILEY(1) and DAVID PAITSEL. Excludable started as to BRIAN WINSTON BAILEY(1), and DAVID PAITSEL(2).Status Conference set for 4/23/2020 at 10:00 AM and 8/10/2020 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B. Benowitz and Rammy G. Barbari; US Attorney: Michael J. Marando. (dot) (Entered: 02/21/2020) |
| 03/18/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): Due to the guidance from the Centers for Disease Control and based on other relevant considerations, the United States District Court for the District of Columbia has suspended non–trial criminal matters until after April 17, 2020 and has continued criminal trials until after May 11, 2020. *See* "In Re: Court Operations in Exigent Circumstances Created by the COVID–19 Pandemic," Standing Order No. 20–9 (BAH) (Mar. 16, 2020). Although there are no upcoming trials or hearings in this matter directly impacted by Standing Order No. 20–9, the Court is in the process of rescheduling other criminal trials and matters as a result of the Standing Order.

Accordingly, the Court hereby VACATES the requirement that the parties and their counsel appear in–person at the upcoming Status Hearing set for April 23, 2020 at 10:00 AM. The Court would prefer to conduct this Status Hearing via teleconference in light of considerations (a) through (f) listed in Standing Order No. 20–9. Moreover, this Minute Order serves to inform the parties that dates in this matter may ultimately be impacted by Standing Order No. 20–9. The Court will address this with the parties either before or at the upcoming Status Hearing. |

| | | |
|---|---|---|
| | | Signed by Judge Colleen Kollar–Kotelly on March 18, 2020. (lccck1) (Entered: 03/18/2020) |
| 03/18/2020 | 54 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Ann Aloi appearing for USA. (Aloi, Elizabeth) (Entered: 03/18/2020) |
| 03/26/2020 | 56 | ORDER as to DAVID PAITSEL extending time for Probation Office to make certain criminal history and offense level calculations. See Order for details.. Signed by Judge Colleen Kollar–Kotelly on 3–26–2020. (lccck3) (Entered: 03/26/2020) |
| 04/16/2020 | 58 | Joint STATUS REPORT by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Schamel, Mark) (Entered: 04/16/2020) |
| 04/23/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Telephone Conference as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 4/23/2020. Parties to provide a new schedule to the Court by 4/30/2020. Speedy Trial (XT) is tolled in the Interest of Justice from 4/23/2020 to 8/10/2020. Status Conference set for 8/10/2020 at 10:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance, Brian Winston Bailey(1) and David Paitsel (2); Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel and Ana L. Jara (1) and David B. Benowitz and Rammy G. Barbari (2); US Attorney: Michael J. Marando and Elizabeth Ann Aloi. (zdot) (Entered: 04/27/2020) |
| 04/28/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on April 23, 2020. The parties indicated that the Government had provided all discovery and that the parties are still reviewing the information provided in the probation memoranda. See ECF Nos. 57 and 59 . <br><br> In light of this information and the ongoing COVID–19 pandemic (and its consequences for pending trials), see Standing Order No. 20–19: Extension of Postponed Court Proceedings (BAH) (Apr. 2, 2020), available at https://www.dcd.uscourts.gov/coronavirus–covid–19–response–information–and–announcements, the Court VACATED the current trial date of September 14, 2020. The parties shall file a revised proposed pretrial schedule on or before **APRIL 30, 2020**. The Court did not vacate the status hearing set for August 10, 2020 at 10:00 AM, which is the next status hearing in this matter. <br><br> Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between April 23, 2020 and the upcoming Status Hearing on August 10, 2020. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial in order to allow the parties to prepare for trial and submit related motions, and for the reasons related to COVID–19 outlined in Standing Order No. 20–19, cited above. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **SEPTEMBER 21, 2020**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b). <br><br> Signed by Judge Colleen Kollar–Kotelly on April 28, 2020. (lccck1) (Entered: 04/28/2020) |
| 04/28/2020 | | Terminate Hearing as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): (zot) (Entered: 04/28/2020) |
| 04/28/2020 | 62 | NOTICE of Proposed Order *re Amended Schedule* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Text of Proposed Order)(Marando, Michael) (Entered: 04/28/2020) |
| 04/30/2020 | 63 | |

| | | |
|---|---|---|
| | | SECOND AMENDED PRETRIAL SCHEDULING ORDER as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on April 30, 2020. (lccck1) (Entered: 04/30/2020) |
| 07/09/2020 | 64 | Unopposed MOTION to Modify Conditions of Release *to Permit Travel Outside of Jurisdiction* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 07/09/2020) |
| 07/27/2020 | 65 | ORDER granting 64 Motion to Modify Conditions of Release as to DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on July 24, 2020. (lccck1) (Entered: 07/27/2020) |
| 08/10/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL (2) held on 8/10/2020. Speedy Trial (XT) is tolled in the Interest of Justice from 8/10/2020 to 9/9/2020. Status Conference set for 9/9/2020 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian W. Bailey (1) and David Paitsel (2) Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel and Ana L. Jara (1); David B. Benowitz and Rammy G. Barbari (2); US Attorney: Elizabeth A. Aloi. (dot) (Entered: 08/10/2020) |
| 08/10/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on August 10, 2020. The parties indicated that the dates set forth within the 63 Second Amended Pretrial Scheduling Order remain satisfactory. The parties will engage in plea negotiations.<br><br>In light of this information and the ongoing COVID–19 pandemic, see Standing Order No. 20–19: Extension of Postponed Court Proceedings (BAH) (Apr. 2, 2020), available at https://www.dcd.uscourts.gov/coronavirus–covid–19–response–information–and–announcements, the Second Amended Pretrial Scheduling Order shall remain operative. The parties shall appear at the status hearing set for **September 9, 2020** at 10:00 AM.<br><br>Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between August 10, 2020 and the upcoming Status Hearing on September 9, 2020. The Court finds that continuance of Mr. Bailey's and Mr. Paitsel's Speedy Trial rights between these hearings serves the "ends of justice" and outweighs the best interests of the public and Mr. Bailey and Mr. Paitsel in a speedy trial in order to allow the parties to prepare for trial and submit related motions, and for the reasons related to COVID–19 outlined in Standing Order No. 20–19, cited above. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **OCTOBER 21, 2020**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on August 10, 2020. (lcckk1) (Entered: 08/10/2020) |
| 09/09/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on September 9, 2020. Defendants were present via videoconference and represented by counsel; counsel for both parties also appeared via videoconference. The parties indicated that the dates set forth within the 63 Second Amended Pretrial Scheduling Order remained satisfactory and that they will file any forthcoming motions in compliance with those dates. The parties will continue to engage in plea negotiations in advance of the next status hearing, which the Court has set for OCTOBER 27, 2020 at 10:00 AM ET. If no plea offers have been accepted at the time of the October 27, 2020 status hearing, the Court shall set a trial date. Also during the October 27, 2020 hearing, the parties shall be prepared to state for the record the terms of the plea offers presented to Defendants and the projected sentencing guideline |

|            |   |
|------------|---|
|            | calculations for Defendants respective charges.<br><br>During the September 9, 2020 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between September 9, 2020 and the upcoming Status Hearing on October 27, 2020. Moreover, the Court made Defendants aware of the Standing Order issued by the Chief Judge of the District Court, which excludes the time period through November 9, 2020 under the Speedy Trial Act. See Standing Order No. 20–68: Fourth Extension of Postponed Court Proceedings (BAH) (Aug. 10, 2020), available at https://www.dcd.uscourts.gov/coronavirus–covid–19–response–information–and–announcements. The Court finds that a continuance of Defendants' Speedy Trial rights between September 9, 2020 and November 9, 2020 serves the "ends of justice" and is in the best interests of both the community and Defendant, in light of the ongoing COVID–19 pandemic and because the continuance will allow defense counsel time to discuss possible dispositions of the case with Defendants. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **DECEMBER 21, 2020**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).<br><br>Signed by Judge Colleen Kollar–Kotelly on September 9, 2020. (lcckk1) (Entered: 09/09/2020) |
| 09/09/2020 | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 9/9/2020. Speedy Trial (XT) is tolled in the Interest of Justice for both Defendants from 9/9/2020 to 10/27/2020. Status Conference set for 10/27/2020 at 10:00 AM via Telephonic/CMS before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Defendants continued on Personal Recognizance. Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Lisa Edwards; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B. Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 09/09/2020) |
| 10/26/2020 | MINUTE ORDER: As communicated to the parties via email correspondence, the status hearing set for October 27, 2020, will now occur at 12:30 PM ET via videoconference. Signed by Judge Colleen Kollar–Kotelly on October 26, 2020. (lcckk1) (Entered: 10/26/2020) |
| 10/27/2020 | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on October 27, 2020. Defendants were present, with consent, via videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. Counsel indicated that Defendants anticipate proceeding to trial at this time. To that end, the parties shall confer and submit to the Court a revised and final Pretrial Scheduling Order by or before NOVEMBER 23, 2020. The parties should be prepared for a trial to occur in May 2021, to begin on a date to be confirmed by the Court. The parties shall appear for another status hearing on NOVEMBER 30, 2020 at 10:00 AM ET, which will occur via videoconference. At that time, the parties shall be prepared to state for the record the terms of the plea offers presented to Defendants and the projected sentencing guideline calculations for Defendants' respective charges. Also during the October 27, 2020 status hearing, the Court made an inquiry with the parties regarding discovery and discussed the need for complete disclosure under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. During the October 27, 2020 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between October 27, 2020 and the upcoming Status Hearing on November 30, 2020. Moreover, the Standing Order issued by the Chief Judge of the District Court excludes the time period through November 9, 2020 under the Speedy Trial Act. See Standing Order No. 20–68: Fourth Extension of Postponed Court Proceedings (BAH) (Aug. 10, 2020), available at |

| | | |
|---|---|---|
| | | https://www.dcd.uscourts.gov/coronavirus–covid–19–response–information–and–announcements. Accordingly, the Court finds that a continuance of Defendants' Speedy Trial rights between October 27, 2020 and November 30, 2020 serves the "ends of justice" and is in the best interests of both the community and Defendants, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is JANUARY 11, 2021. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b). Signed by Judge Colleen Kollar–Kotelly on October 27, 2020. (lcckk1) (Entered: 10/27/2020) |
| 10/27/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference on the record via video conference as to BRIAN WINSTON BAILEY (1), and DAVID PAITSEL (2) held on 10/27/2020. Defendants' Speedy Trial Act rights (XT) is tolled in the Interest of Justice from 10/27/2020 to 11/30/2020. Status Conference set for 11/30/2020 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian Winston Bailey (1) and David Paitsel (2), Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: (1) Mark E. Schamel and Ana L. Jara and (2) David B. Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 10/27/2020) |
| 10/28/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): Following discussion with the parties and counsel during the October 27, 2020 status hearing, Court has selected MAY 26, 2021, as the first day for trial. The parties and counsel shall hold this date open and allow for a two–week trial period beginning on May 26, 2021 at 9:00 AM ET. If an earlier date in May 2021 becomes available, the Court will notify the parties. Signed by Judge Colleen Kollar–Kotelly on October 28, 2020. (lcckk1) (Entered: 10/28/2020) |
| 10/28/2020 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): Jury Trial set for 5/26/2021 at 9:00 AM in Courtroom 28A before Judge Colleen Kollar–Kotelly. (kt) (Entered: 10/28/2020) |
| 11/25/2020 | 72 | Consent MOTION for Extension of Time to File *Proposed Modified Litigation Schedule* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 11/25/2020) |
| 11/25/2020 | | MINUTE ORDER: The Court previously ordered the parties to confer and to submit to the Court a revised and final Pretrial Scheduling Order by or before NOVEMBER 23, 2020. The Court, however, has received Defendant's Consent Motion for Extension of Time to File Proposed Modified Litigation Schedule. Therein, Defendant requests that the Court extend the submission deadline for the revised and final Pretrial Scheduling Order to November 27, 2020, and notes that all parties consent to this request. It is hereby ORDERED that the parties shall submit the revised and final Pretrial Scheduling Order by or before NOVEMBER 27, 2020. Signed by Judge Colleen Kollar–Kotelly on November 25, 2020. (lcckk1) (Entered: 11/25/2020) |
| 11/25/2020 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): Final Pretrial Schedule due by 11/27/2020. (dot) (Entered: 11/25/2020) |
| 11/28/2020 | 73 | NOTICE *of Filing of Proposed Amended Pretrial Scheduling Order* by DAVID PAITSEL (Attachments: # 1 Exhibit Proposed Amended Pretrial Scheduling Order)(Benowitz, David) (Entered: 11/28/2020) |
| 11/30/2020 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on November 30, 2020. Defendants were present, with consent, via videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. Counsel indicated that Defendants still anticipate proceeding to trial, and during the status hearing the Court discussed with the parties the revised trial schedule |

submitted by the parties on November 27, 2020. See ECF No. 73. The parties shall appear for another status hearing on **January 21, 2021 at 10:00 AM ET**, which will occur via videoconference. At some time before trial, the parties shall be prepared to state for the record the terms of the plea offers presented to Defendants and the projected sentencing guideline calculations for Defendants' respective charges. Finally, upon its own review, the Court has confirmed that both Defendants remain in compliance with their conditions of release.

During the November 30, 2020 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between November 30, 2020 and the upcoming Status Hearing on January 21, 2021. Moreover, the Standing Order issued by the Chief Judge of the District Court excludes the time period through January 11, 2021 under the Speedy Trial Act. See In re: Fifth Extension of Postponed Jury Trials Due to Ongoing Exigent Circumstances Caused by COVID–19 Pandemic, Standing Order No. 20–89. Accordingly, the Court finds that a continuance of Defendants Speedy Trial rights between November 30, 2020 and January 21, 2021 serves the "ends of justice" and is in the best interests of both the community and Defendants, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **MARCH 4, 2021**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).

Signed by Judge Colleen Kollar–Kotelly on November 30, 2020. (lcckk1) (Entered: 11/30/2020)

| | | |
|---|---|---|
| 11/30/2020 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference on the record via video conference as to BRIAN WINSTON BAILEY(1) and DAVID PAITSEL(2) held on 11/30/2020. Speedy Trial (XT) is tolled in the Interest of Justice as to BRIAN WINSTON BAILEY(1) and DAVID PAITSEL(2) from 11/30/2020 to 1/21/2021.Status Conference set for 1/21/2021 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Defendants continued on Personal Recognizance: Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel and Ana L. Jara (1) and David B. Benowitz and Rammy G. Barbari (2); US Attorney: Elizabeth A. Aloi. (dot) (Entered: 11/30/2020) |
| 01/06/2021 | 74 | BRADY ORDER. Signed by Judge Colleen Kollar–Kotelly on January 6, 2021. (lcckk1) (Entered: 01/06/2021) |
| 01/21/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on January 21, 2021. Defendants were present, with consent, via videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. Counsel indicated that Defendants still anticipate proceeding to trial, and during the status hearing the parties indicated that the most recent revised pretrial schedule remains operative and requires no further adjustments. See ECF No. 73. The parties shall appear for another status hearing on March 4, 2021 at 10:00 AM ET, which will occur via videoconference. At some time before trial, the parties shall be prepared to state for the record the terms of the plea offers presented to Defendants and the projected sentencing guideline calculations for Defendants' respective charges. |

During the January 21, 2021 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between January 21, 2021 and the upcoming Status Hearing on March 4, 2021. Moreover, the most recent COVID–19 Standing Order issued by the Chief Judge of the District Court excludes the time period through March 15, 2021 under the Speedy Trial Act. See In re: Sixth Extension of Postponed Jury Trials Due to Ongoing Exigent Circumstances Caused by COVID–19 Pandemic, Standing

| | | |
|---|---|---|
| | | Order No. 20–93. Accordingly, the Court finds that a continuance of Defendants' Speedy Trial rights between January 21, 2021 and March 15, 2021 serves the "ends of justice" and is in the best interests of both the community and Defendants, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **APRIL 26, 2021**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b). <br><br> Signed by Judge Colleen Kollar–Kotelly on January 21, 2021. (lcckk1) (Entered: 01/21/2021) |
| 01/21/2021 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference on the record via videoconference as to BRIAN WINSTON BAILEY (1), and DAVID PAITSEL (2) held on 1/21/2021. The Defendants' Speedy Trial (XT) is tolled in the Interest of Justice from 1/21/2021 to 3/4/2021. Status Conference set for 3/4/2021 at 10:00 AM via Telephonic/CMS before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian Winston Bailey (1) and David Paitsel (2), Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: (1)–Mark E. Schamel and Ana L. Jara and (2)–David B. Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 01/21/2021) |
| 01/21/2021 | 77 | ENTERED IN ERROR.....NOTICE of Change of Address by Mark E. Schamel (Schamel, Mark) Modified on 1/25/2021 (zhsj). (Entered: 01/21/2021) |
| 01/26/2021 | 78 | NOTICE of Change of Address by Mark E. Schamel (Schamel, Mark) (Entered: 01/26/2021) |
| 01/26/2021 | 79 | NOTICE of Change of Address by Ana Lorraine Jara (Jara, Ana) (Entered: 01/26/2021) |
| 02/01/2021 | 80 | Unopposed MOTION for Extension of Time to *File Pretrial Evidentiary Motions* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 02/01/2021) |
| 02/01/2021 | 81 | ORDER granting 80 Motion for Extension of Time as to DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on February 1, 2021. (lcckk1) (Entered: 02/01/2021) |
| 02/01/2021 | | Set/Reset Deadlines as to DAVID PAITSEL(2): Pretrial Motions due by 2/4/2021. (dot) (Entered: 02/02/2021) |
| 03/01/2021 | 82 | WITNESS LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 03/01/2021) |
| 03/02/2021 | 83 | Consent MOTION to Continue *Status Hearing* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Schamel, Mark) (Entered: 03/02/2021) |
| 03/03/2021 | | MINUTE ORDER: The 83 Consent Motion to Continue is hereby GRANTED. The status hearing scheduled for March 4, 2021 is VACATED and CONTINUED for March 12, 2021 at 10:30 AM ET, to occur via videoconference. Signed by Judge Colleen Kollar–Kotelly on March 3, 2021. (lcckk1) (Entered: 03/03/2021) |
| 03/03/2021 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): Status Conference re–set for 3/12/2021 at 10:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 03/03/2021) |
| 03/04/2021 | 84 | EXHIBIT LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 03/04/2021) |
| 03/12/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on March 12, 2021. Defendants were present, with consent, via |

videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. During the status hearing, the Court discussed trial dates with the parties. Due to scheduling conflicts and COVID–19 public health safety protocols, Defendants' trial will now commence on **SEPTEMBER 7, 2021**. The dates set forth in the parties' most recent pretrial scheduling order remain operative. See ECF No. 73. Also during the status hearing, the Court discussed plea negotiations with the parties, and the government placed the current plea offer for both Defendants on the record. The parties shall appear for another status hearing on MAY 19, 2021 at 10:00 AM ET, which will occur via videoconference.

During the March 12, 2021 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between March 4, 2021 and the upcoming status hearing on May 19, 2021. Accordingly, the Court finds that a continuance of Defendants' Speedy Trial rights between March 4, 2021 and May 19, 2021 serves the "ends of justice" and is in the best interests of both the community and Defendants, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **JUNE 30, 2021**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).

Signed by Judge Colleen Kollar–Kotelly on March 12, 2021. (lcckk1) (Entered: 03/12/2021)

| 03/12/2021 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Status Conference on the record via video conference as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2) held on 3/12/2021. Speedy Trial (XT) is tolled in the Interest of Justice from 3/12/2021 to 5/10/2021. Status Conference set for 5/19/2021 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Jury Trial set for 9/7/2021 at 9:00 AM in Courtroom TBA before Judge Colleen Kollar–Kotelly.Bond Status of Defendants (1) and (2): Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 03/13/2021) |
| 04/12/2021 | 87 | Consent MOTION to Continue by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Aloi, Elizabeth) (Entered: 04/12/2021) |
| 04/12/2021 | 88 | ORDER.. Signed by Judge Colleen Kollar–Kotelly on April 12, 2021. (lcckk1) (Entered: 04/12/2021) |
| 04/30/2021 | | NOTICE OF HEARING as to BRIAN WINSTON BAILEY (1), and DAVID PAITSEL (2): Status Conference set for 5/4/2021 at 2:30 PM via Zoom before Judge Colleen Kollar–Kotelly. (dot) (Entered: 04/30/2021) |
| 05/04/2021 | 91 | ORDER. Signed by Judge Colleen Kollar–Kotelly on May 4, 2021. (lcckk1) (Entered: 05/04/2021) |
| 05/04/2021 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 5/4/2021. See Order for further details. Bond Status of Defendant: Continued on Personal Recognizance; Court Reporter: Bryan Wayne; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara and 2–Rammy G. Barbari; US Attorney: Elizabeth Aloi. (dot) Modified on 7/3/2021 to correct Court Reporter.(dot). (Entered: 05/04/2021) |
| 05/19/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): The Court held a status hearing in this case on May 19, 2021. Defendants were present, with consent, via videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. During the status hearing, the Court discussed the dates set forth in |

the pretrial scheduling order. The parties shall now submit their stipulations by or before MAY 24, 2021. The Court also discussed with the parties the status of discovery and plea negotiations in this case. The parties shall appear for a status hearing on AUGUST 16, 2021 at 3:00 PM ET, which will occur via videoconference. The parties shall then appear for another status conference on SEPTEMBER 1, 2021 at 10:00 AM ET, which will occur in person.

During the May 19, 2021 status hearing, the Court discussed with Defendants their Speedy Trial Act rights. Mr. Bailey and Mr. Paitsel both consented to the tolling of their Speedy Trial rights between May 19, 2021 and the upcoming status hearing on August 16, 2021. Accordingly, the Court finds that a continuance of Defendants' Speedy Trial rights between May 19, 2021 and August 16, 2021 serves the "ends of justice" and outweighs the best interests of both the community and Defendants in a speedy trial, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for the upcoming trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **SEPTEMBER 27, 2021**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. See 18 U.S.C. § 3164(a), (b).

Signed by Judge Colleen Kollar–Kotelly on May 19, 2021. (lcckk1) (Entered: 05/19/2021)

| 05/19/2021 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 5/19/2021. Defendants' Speedy Trial (XT) is tolled in the Interest of Justice from 5/19/2021 to 8/16/2021. Status Conference set for 8/16/2021 at 3:00 PM via Zoom before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance: Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Lisa Edwards; Defense Attorney: Mark E. Schamel and Ana L. Jara (1) and David B. Benowitz and Rammy G. Barbari (2); US Attorney: Elizabeth A. Aloi. (dot) (Entered: 05/19/2021) |
| --- | --- | --- |
| 07/04/2021 | 96 | TRANSCRIPT OF STATUS CONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on January 9, 2020; Page Numbers: 1–27. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a publ ic terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 97 | TRANSCRIPT OF TELEPHONE CONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on April 23, 2020; Page Numbers: 1–18. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a pu blic terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 98 | TRANSCRIPT OF STATUS CONFERENCE CONDUCTED VIA VIDEOCONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly held on August 10, 2020; Page Numbers: 1−22. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Main Document 98 replaced on 7/20/2021) (zhsj). (Main Document 98 replaced on 7/21/2021) (zhsj). (Entered: 07/04/2021) |
| 07/04/2021 | 99 | TRANSCRIPT OF STATUS CONFERENCE CONDUCTED VIA VIDEOCONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly held on September 9, 2020; Page Numbers: 1−14. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Main Document 99 replaced on 7/20/2021) (zhsj). (Main Document 99 replaced on 7/21/2021) (zhsj). (Entered: 07/04/2021) |
| 07/04/2021 | 100 | TRANSCRIPT OF STATUS CONFERENCE CONDUCTED VIA VIDEOCONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on October 27, 2020; Page Numbers: 1–21. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be vie wed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 101 | TRANSCRIPT OF STATUS CONFERENCE (CONDUCTED VIA VIDEOCONFERENCE) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on November 30, 2020; Page Numbers: 1–12. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 102 | TRANSCRIPT OF STATUS CONFERENCE (CONDUCTED VIA VIDEOCONFERENCE) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on January 21, 2021; Page Numbers: 1–11. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be v iewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be |

| | | |
|---|---|---|
| | | purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 103 | TRANSCRIPT OF STATUS CONFERENCE (CONDUCTED VIA VIDEOCONFERENCE) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly held on March 12, 2021; Page Numbers: 1−32. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be vie wed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/04/2021 | 104 | TRANSCRIPT OF STATUS CONFERENCE (CONDUCTED VID VIDEOCONFERENCE) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly held on May 19, 2021; Page Numbers: 1−19. Date of Issuance: July 4, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewe d at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/25/2021. Redacted Transcript Deadline set for 8/4/2021. Release of Transcript Restriction set for 10/2/2021.(Edwards, Lisa) (Entered: 07/04/2021) |
| 07/08/2021 | 105 | TRANSCRIPT OF STATUS CONFERENCE (CONDUCTED BY VIDEOCONFERENCE) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly |

| | | |
|---|---|---|
| | | held on May 4, 2021; Page Numbers: 1–15. Date of Issuance: 7/8/2021. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form at www.dcd.uscourts.go. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 7/29/2021. Redacted Transcript Deadline set for 8/8/2021. Release of Transcript Restriction set for 10/6/2021.(Wayne, Bryan) (Entered: 07/08/2021) |
| 07/23/2021 | 106 | Consent MOTION for Extension of Time to File *JOINT PROPOSAL FOR VERDICT FORM, JURY INSTRUCTIONS, AND VOIR DIRE* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Schamel, Mark) (Entered: 07/23/2021) |
| 07/23/2021 | 107 | ORDER. Signed by Judge Colleen Kollar–Kotelly on July 23, 2021. (lcckk1) (Entered: 07/23/2021) |
| 08/02/2021 | 108 | NOTICE OF ATTORNEY APPEARANCE J.P. Cooney appearing for USA. (Cooney, J.P.) (Entered: 08/02/2021) |
| 08/06/2021 | 109 | Proposed Voir Dire by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit, # 2 Exhibit)(Aloi, Elizabeth) (Entered: 08/06/2021) |
| 08/06/2021 | 110 | Proposed Jury Instructions by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit, # 2 Exhibit)(Aloi, Elizabeth) (Entered: 08/06/2021) |
| 08/06/2021 | 111 | Proposed Jury Instructions by BRIAN WINSTON BAILEY, DAVID PAITSEL (Schamel, Mark) (Entered: 08/06/2021) |
| 08/06/2021 | 112 | Proposed Voir Dire by BRIAN WINSTON BAILEY, DAVID PAITSEL (Schamel, Mark) (Entered: 08/06/2021) |
| 08/10/2021 | | MINUTE ORDER: By or before 10:00 AM ET on August 13, 2021, the government shall provide the Court with its written objections to Defendants' proposed revisions to the jury instructions and voir dire. For the proposed voir dire, the government need only provide its responses to Defendants' revisions to the statement of the case. The government shall presents its objections in a format that clearly identifies the specific text to which each objection applies, and the reasoning behind that objection. Any of Defendants' revisions to which to which the government does not object will be deemed by the Court as unopposed. Signed by Judge Colleen Kollar–Kotelly on August 10, 2021. (lcckk1) (Entered: 08/10/2021) |
| 08/13/2021 | 113 | OBJECTION by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 112 Proposed Voir Dire (Aloi, Elizabeth) Modified text on 8/13/2021 (zhsj). (Entered: 08/13/2021) |
| 08/13/2021 | 114 | OPPOSITION by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 111 Proposed Jury Instructions. (Aloi, Elizabeth) Modified on 8/13/2021 (zhsj). (Entered: 08/13/2021) |
| 08/16/2021 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 8/16/2021. Defendants BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2), Speedy Trial (XT) is tolled in the Interest of Justice from 8/16/2021 to 9/2/2021. Status Conference set for 9/2/2021 at 2:30 PM, |

| | | |
|---|---|---|
| | | Zoom or in–person hearing will be determined at a later date before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Brian Winston Bailey (1) and David Paitsel (2), Continued on Personal Recognizance; Court Reporter: Elizabeth Saint–Loth; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B. Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi and J.P. Cooney. (dot) (Entered: 08/17/2021) |
| 08/20/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1) & DAVID PAITSEL (2): The Court held a status hearing on August 16, 2021. Defendants were present, with consent, via videoconference and represented by counsel. Counsel for both parties and the government also appeared via videoconference. During the August 16, 2021 status hearing, the Court discussed the various pretrial issues with the parties. During this discussion, the Court noted that no pretrial evidentiary motions have been filed. By or before AUGUST 20, 2021, the government must confirm that it has completed its production of necessary pretrial materials to Defendants. By or before AUGUST 25, 2021, Defendants shall then file a final notice indicating whether any pretrial evidentiary objections have arisen. The parties shall appear for another in–person status hearing on SEPTEMBER 2, 2021 at 2:30 PM, in Courtroom 28A.<br><br>The Court finds that a continuance of Defendants' Speedy Trial rights between August 16, 2021 and the date of the trial, September 7, 2021, serves the "ends of justice" and outweighs the best interests of both the community and Defendants in a speedy trial, in light of the ongoing COVID–19 pandemic and because the continuance will allow the parties to prepare for trial. Taking into account this continuance, the Court has calculated that the new 70–day deadline as to both Mr. Bailey and Mr. Paitsel is **OCTOBER 19, 2021**. The Court finds the 90–day deadline to be inapplicable to either Defendant because they are not being held pending trial. Signed by Judge Colleen Kollar–Kotelly on August 20, 2021. (lcckk1) Modified on 8/20/2021 to add defendants' numbers after their names (kt). (Entered: 08/20/2021) |
| 08/20/2021 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2): By or before 8/20/2021, Government's confirmation due regarding completion of production of necessary pretrial materials to Defendants; By or before 8/25/2021, Defendants' final notice due indicating whether any pretrial evidentiary objections have arisen.(kt) (Entered: 08/20/2021) |
| 08/20/2021 | 117 | MEMORANDUM OPINION & ORDER as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on August 20, 2021. (lcckk1) Modified on 8/20/2021 to add defendants' names and numbers, and change document type to "opinion" (kt). (Entered: 08/20/2021) |
| 08/20/2021 | 118 | NOTICE *OF DISCOVERY* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit Discovery Correspondence)(Cooney, J.P.) (Entered: 08/21/2021) |
| 08/25/2021 | 119 | NOTICE *Of Filing of Pretrial Evidentiary Objections* by DAVID PAITSEL (Benowitz, David) (Entered: 08/25/2021) |
| 08/27/2021 | 120 | MOTION to Continue *Jury Trial* by BRIAN WINSTON BAILEY (Attachments: # 1 Text of Proposed Order)(Schamel, Mark) Modified Text on 8/30/2021 (zhsj). (Entered: 08/27/2021) |
| 08/28/2021 | 121 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 120 MOTION to Continue *Jury Trial* (Cooney, J.P.) (Entered: 08/28/2021) |
| 08/30/2021 | 122 | REPLY in Support by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 120 MOTION to Continue *Jury Trial* (Schamel, Mark) (Entered: 08/30/2021) |
| 08/30/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY and DAVID PAITSEL: The hearing scheduled for September 1, 2021, see May 19, 2021 Minute Order, is hereby VACATED. Signed by Judge Colleen Kollar–Kotelly on August 30, 2021. (lcckk1) (Entered: 08/30/2021) |

| 08/30/2021 | | Terminate Deadlines and Hearings as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2). (dot) (Entered: 08/30/2021) |
|---|---|---|
| 08/31/2021 | 123 | NOTICE of Filing Discovery Correspondence by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Notice to Counsel/Party)(Aloi, Elizabeth) (Entered: 08/31/2021) |
| 08/31/2021 | 124 | EXHIBIT LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 08/31/2021) |
| 09/01/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL: On September 1, 2021, the Court held a teleconference on the record to discuss pretrial scheduling issues with the parties. Because of one counsel's substantial illness, the Court hereby VACATES the September 2, 2021 hearing and the scheduled time on September 2, 2021 during which the parties were to review juror excusal requests. The Court also CONTINUES the trial in this matter. The trial date of September 7, 2021 is VACATED. Trial in this case will now begin on DECEMBER 1, 2021. Government and defense counsel each represented during the September 1, 2021 hearing that they and their clients all consent to this continuance. A further order addressing this continuance will follow.<br><br>By Friday, September 3, 2021 at 5:00 PM ET, defense counsel are directed to file sworn statements from Mr. Bailey and from Mr. Paitsel, see 28 USC § 1746, confirming that they each individually consent to the continuance of this trial and a continuance of their Speedy Trial Act rights, through December 1, 2021. The Court will also separately address the Speedy Trial Act in its forthcoming order. Signed by Judge Colleen Kollar–Kotelly on September 1, 2021. (lcckk1) (Entered: 09/01/2021) |
| 09/01/2021 | | NOTICE OF HEARING as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Telephone Conference set for 9/1/2021 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 09/01/2021) |
| 09/01/2021 | | Minute Entry for teleconference proceedings held before Judge Colleen Kollar–Kotelly: Telephone Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL (2) held on 9/1/2021. Bond Status of Defendant: Defendants' present waived; Defendants continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B. Benowitz and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi and J.P. Cooney. (dot) (Entered: 09/01/2021) |
| 09/03/2021 | 126 | NOTICE of Filing by DAVID PAITSEL (Attachments: # 1 Declaration Executed Declaration)(Benowitz, David) (Entered: 09/03/2021) |
| 09/07/2021 | 128 | ORDER. Signed by Judge Colleen Kollar–Kotelly on September 7, 2021. (lcckk1) (Entered: 09/07/2021) |
| 10/12/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): The parties shall appear for a pretrial conference on November 12, 2021 at 9:30 AM ET, to discuss pretrial matters in advance of the December 1, 2021 trial date. The Court anticipates proceeding with the hearing via videoconference, unless the parties express a preference to appear in person. Signed by Judge Colleen Kollar–Kotelly on October 12, 2021. (lcckk1) Modified on 10/13/2021 to add defendant numbers behind their names (kt). (Entered: 10/12/2021) |
| 10/13/2021 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Pretrial Conference set for 11/12/2021, at 9:30 AM, by video, before Judge Colleen Kollar–Kotelly. (kt) (Entered: 10/13/2021) |
| 10/13/2021 | 129 | NOTICE OF TRIAL SCHEDULING CONFLICT by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit 1. Docket 2:18−cr−140 USA v. |

| | | |
|---|---|---|
| | | Assad et al)(Schamel, Mark) (Entered: 10/13/2021) |
| 10/19/2021 | 131 | ORDER. Signed by Judge Colleen Kollar–Kotelly on October 19, 2021. (lcckk1) (Entered: 10/19/2021) |
| 10/19/2021 | | Set/Reset Deadlines/Hearings as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): Exhibit List and Witness List due by 11/23/2021. Pretrial Conference set for 10/27/2021 at 9:30 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/21/2021) |
| 10/20/2021 | 132 | TRIAL BRIEF by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Cooney, J.P.) (Entered: 10/21/2021) |
| 10/22/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2). The Court ORDERS that the pretrial conference on OCTOBER 27, 2021 shall begin at 1:00 p.m. in Courtroom 28A. The parties and their counsel shall attend the pretrial conference in person. As discussed with the parties by email, Defendant Bailey and his counsel may appear remotely by Zoom videoconference. Signed by Judge Colleen Kollar–Kotelly on 10/22/21. (lcckk3) (Entered: 10/22/2021) |
| 10/22/2021 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): Pretrial Conference set for 10/27/2021 at 1:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 10/22/2021) |
| 10/25/2021 | 133 | RESPONSE by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 119 Notice (Other) (Attachments: # 1 Exhibit)(Aloi, Elizabeth) (Entered: 10/25/2021) |
| 10/25/2021 | 134 | ORDER. Signed by Judge Colleen Kollar–Kotelly on October 25, 2021. (lcckk1) (Entered: 10/25/2021) |
| 10/27/2021 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Pretrial Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 10/27/2021. David Paitsel (2) appeared via Zoom. Bond Status of Defendant: Brian Winston Bailey (1) and David Paitsel (2) Continued on Personal Recognizance; Court Reporter: Lisa Edwards; Defense Attorney: 1–Mark E. Schamel and Ana L. Jara; 2–David B. Benowitz, Rammy G. Barbari and Shawn Sukumar; US Attorney: Elizabeth A. Aloi and J.P. Cooney; (dot) (Entered: 10/28/2021) |
| 10/29/2021 | 137 | TRANSCRIPT OF PRETRIAL CONFERENCE REPORTED VIA ZOOM in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on October 27, 2021; Page Numbers: 1–51. Date of Issuance: October 29, 2021. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 11/19/2021. Redacted Transcript Deadline set for 11/29/2021. Release of Transcript Restriction set for 1/27/2022.(Edwards, Lisa) (Entered: 10/29/2021) |

| 11/05/2021 | | MINUTE ORDER: Counsel for Defendants have indicated to the Court that they wish to review materials related to requests for excusal by potential jurors. The Court shall make these materials available for review in person on NOVEMBER 12, 2021 between 11:00 AM ET and 1:00 PM ET. It is hereby ORDERED that counsel for Defendants shall appear at Chambers at 11:00 AM ET to be escorted by a member of chambers to the materials for review. It is further ORDERED that, upon the completion of their review, counsel for Defendants shall indicate which requests, if any, they wish the Court to reject and why. Counsel for Defendants are informed that Defendants, they themselves, may accompany counsel to review the materials. Government counsel may also attend if they so wish. Signed by Judge Colleen Kollar–Kotelly on November 5, 2021. (lcckk1) (Entered: 11/05/2021) |
| 11/12/2021 | | MINUTE ORDER: The Jury Office for the United States District Court for the District of Columbia made available to Chambers requests for jury excusal in this matter. At the request of the parties, the Court made these requests available to counsel for review in chambers on November 12, 2021. Counsel for the government declined to review the materials, but counsel for Defendants Paitsel and Bailey reviewed the materials. Counsel for Defendants Paitsel and Bailey agreed on which requests should be granted and discussed their preferences with the Court. Signed by Judge Colleen Kollar–Kotelly on November 12, 2021. (lcckk1) (Entered: 11/12/2021) |
| 11/23/2021 | 138 | WITNESS LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 11/23/2021) |
| 11/23/2021 | 139 | EXHIBIT LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 11/23/2021) |
| 11/23/2021 | 140 | NOTICE *of Filing Discovery Correspondence* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit)(Aloi, Elizabeth) (Entered: 11/23/2021) |
| 11/26/2021 | 141 | MOTION to Continue by BRIAN WINSTON BAILEY. (Attachments: # 1 Text of Proposed Order)(Schamel, Mark) Modified on 11/29/2021 (zhsj). (Entered: 11/26/2021) |
| 11/27/2021 | 142 | RESPONSE by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 141 MOTION to Continue (Cooney, J.P.) (Entered: 11/27/2021) |
| 11/27/2021 | 143 | ORDER denying 141 Motion to Continue, vacating the trial dates of December 1, 2021, and 2, 2021, and directing the parties to arrive on **December 3, 2021, at 9:00 AM ET** in the Ceremonial Courtroom for jury selection. Signed by Judge Colleen Kollar–Kotelly on November 27, 2021. (lcckk1) (Entered: 11/27/2021) |
| 11/27/2021 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY, DAVID PAITSEL: Jury Trial set for 12/3/2021 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 11/30/2021) |
| 11/29/2021 | 145 | ORDER denying as moot 144 Motion to Clarify as to BRIAN WINSTON BAILEY. Signed by Judge Colleen Kollar–Kotelly on November 29, 2021. (lcckk1) (Entered: 11/29/2021) |
| 11/29/2021 | | MINUTE ORDER: The Court's 143 Order directs the parties to arrive on December 3, 2021, at 9:00 AM ET in the Ceremonial Courtroom. Although that Order stands, the parties are further **ORDERED** to appear on December 3, 2021 at **8:00 AM in Courtroom 28–A** for a walkthrough of Courtroom 28–A and the Ceremonial Courtroom. Signed by Judge Colleen Kollar–Kotelly on November 29, 2021. (lcckk1) (Entered: 11/29/2021) |
| 12/02/2021 | 147 | EXHIBIT LIST by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) (Entered: 12/02/2021) |
| 12/02/2021 | 148 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 146 MOTION to Withdraw as Attorney by Mark E. Schamel and Ana L. Jara. (Cooney, J.P.) (Entered: 12/02/2021) |
| 12/03/2021 | 149 | NOTICE OF ATTORNEY APPEARANCE: Shawn Sukumar appearing for DAVID PAITSEL (Sukumar, Shawn) (Main Document 149 replaced on 12/7/2021) (zhsj). (Entered: 12/03/2021) |
| 12/03/2021 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: This matter was scheduled for Jury Selection, instead a Status/Motion Hearing as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) was held on 12/3/2021 as to 146 Motion to Withdraw. This Motion was heard and granted. Attorneys Mark E. Schamel and Ana L. Jara, withdrawn. Order forthcoming. Bond Status of Defendant: Brian Bailey and David Paitsel Continued on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Mark E. Schamel and Ana L. Hara (1) and David B. Benowitz and Shawn Sukumar (2); US Attorney: Elizabeth A. Aloi and J.P. Cooney. (dot) (Entered: 12/03/2021) |
| 12/07/2021 | 150 | MEMORANDUM OPINION as to Brian Winston Bailey (1) re 146 Motion to Withdraw. Signed by Judge Colleen Kollar–Kotelly on December 7, 2021. (lcckk1) Modified on 12/7/2021 to add Defendant's name and to remove text that chambers asked to be removed (zkt). (Main Document 150 replaced on 12/8/2021 to correct typo in the Court's discussion of United States v. Cronic) (kt). (Entered: 12/07/2021) |
| 12/08/2021 | | MINUTE ORDER as to BRIAN WINSTON BAILEY and DAVID PAITSEL: On December 3, 2021, the Court orally granted counsel for Defendant Bailey's 146 Motion to Withdraw. The Court further indefinitely continued the trial in this case that was set to begin December 3, 2021. Accordingly, it is hereby **ORDERED** that the parties shall appear for a status and ascertainment of counsel hearing on **January 11, 2022 at 11:30 AM ET** . The parties shall be prepared to discuss whether Defendant Bailey has a replacement counsel or whether the Court should endeavor to provide Defendant Bailey with a replacement counsel. The parties shall also be prepared to discuss tentative trial dates. The Court anticipates proceeding with the hearing via videoconference, unless the parties express a preference to appear in person. Signed by Judge Colleen Kollar–Kotelly on December 8, 2021. (lcckk1) (Entered: 12/08/2021) |
| 12/08/2021 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Status Conference set for 1/11/2022 at 11:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 12/08/2021) |
| 01/11/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 1/11/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 1/11/2022 to 1/27/2022 as to Defendants BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2).Status Conference set for 1/27/2022 at 11:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Continued on Personal Recognizance; Court Reporter: Nancy Meyer; Defense Attorney: 1–Pro Se, 2–David B. Benowitz and Rammy G. barbari; US Attorney: Elizabeth A. Aloi and J.P. Cooney. (dot) (Entered: 01/11/2022) |
| 01/11/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL:The Court held a status and ascertainment of counsel hearing in this matter on January 11, 2022. With their consent, Defendant Bailey was present by videoconference *pro se* and Defendant Paitsel and his counsel were present by videoconference. Government counsel was also present by videoconference. During the hearing, the Court discussed with Defendant Bailey his efforts to retain counsel. Defendant Bailey represented that he had spoken to several attorneys but had yet to retain counsel. The Court also discussed trial scheduling. Per those discussions, the parties shall appear for another status hearing on **January 27, 2022 at 11:30 AM ET** . Defendants have consented to this upcoming hearing proceeding remotely via videoconference. |

| | | |
|---|---|---|
| | | Also during the January 10, 2022 hearing, the Court discussed with Defendants their Speedy Trial Rights. Defendants consented to a continuance of their Speedy Trial Rights between January 11, 2022 and the date of the next hearing, January 27, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through January 27, 2022 serves the "ends of justice" and is in the best interest of the community and Defendants, in light of the ongoing COVID–19 pandemic, *see* Standing Order no. 21–79 (BAH) (D.D.C. Dec. 13, 2021), and will allow Defendant Bailey to retain counsel in advance of trial. Taking into account this continuance, the 70–day deadline for both Defendants is **April 7, 2022** . As both Defendants are released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a), (b). Signed by Judge Colleen Kollar–Kotelly on January 11, 2022. (lcckk1) (Entered: 01/11/2022) |
| 01/27/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL: The Court held a status and ascertainment of counsel hearing in this matter on January 27, 2022. With their consent, Defendant Bailey was present by videoconference with counsel Pleasant Brodnax entering a limited appearance for the purposes of the hearing. With their consent, Defendant Paitsel and his counsel were present by videoconference. Government counsel was also present by videoconference. During the hearing, the Court discussed with Defendant Bailey his efforts to retain counsel. Defendant Bailey indicated his intention to retain counsel Brodnax and former counsel Schamel together should the Court set a September trial date. Counsel Brodnax stated that a September date would be the earliest he would be available for trial. Defendant Paitsel stated that he did not oppose a September trial date. Accordingly, the Court set a trial date of September 23, 2022. The Court further set another status hearing on **March 16, 2022 at 1:30 PM ET.** The Court also set a second future status hearing on **May 6, 2022 at 10:00 AM ET.** Defendants have consented to these upcoming hearings proceeding remotely via videoconference. On or before March 14, 2022, the parties shall inform the Court by notice filed on the docket what matters they wish to address at the March 16, 2022 status hearing. <br><br> Also during the January 27, 2022 hearing, the Court discussed with Defendants their Speedy Trial Rights. Defendants consented to a continuance of their Speedy Trial Rights between January 27, 2022 and the date of the next status hearing, March 16, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through March 16, 2022 serves the "ends of justice" and is in the best interest of the community and Defendants, in light of the ongoing COVID–19 pandemic, *see* Standing Order no. 21–79 (BAH) (D.D.C. Dec. 13, 2021), and will allow Defendant Baileys new counsel to prepare for trial. Taking into account this continuance, the 70–day deadline for both Defendants is **May 25, 2022.** As both Defendants are released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a). <br><br> Signed by Judge Colleen Kollar–Kotelly on January 27, 2022. (lcckk1) (Entered: 01/27/2022) |
| 01/27/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 1/27/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 1/27/2022 to 3/16/2022. Status Conference set for 3/16/2022 at 1:30 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Further Status Conference set for 5/6/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. The Court further set a tentative trial date starting on 9/23/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly.Bond Status of Defendant: 1–Brian Winston Bailey and 2–David Paitsel, Continued on Personal Recognizance; Court Reporter: Jeff Hook; Defense Attorney: 1–Pleasant Brodnax, 2–David Benowitz and Rammy Barbari; US Attorney: Elizabeth A. Aloi and J.P. Cooney. (dot) (Entered: 01/27/2022) |
| 01/31/2022 | 155 | |

| | | |
|---|---|---|
| | | TRANSCRIPT OF VIDEO STATUS CONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on January 27, 2022. Page Numbers: 1 – 43. Date of Issuance: January 31, 2022. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/21/2022. Redacted Transcript Deadline set for 3/3/2022. Release of Transcript Restriction set for 5/1/2022.(Hook, Jeff) (Entered: 01/31/2022) |
| 02/01/2022 | 156 | TRANSCRIPT OF STATUS HEARING (held remotely) in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on 01/11/2022. Page Numbers: 1–28. Date of Issuance: 01/25/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the <ahref="http://www.dcd.uscourts.gov/node/110">Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/22/2022. Redacted Transcript Deadline set for 3/4/2022. Release of Transcript Restriction set for 5/2/2022.(Meyer, Nancy) (Entered: 02/01/2022) |
| 03/16/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 3/16/2022. Defendants' Speedy Trial (XT) is tolled in the interest of Justice from 3/16/2022 to 5/6/2022. Status Conference set for 5/6/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2), Personal Recognizance; Court Reporter: Sara Wick; Defense Attorney: Mark Schamel and Pleasant Brodnax was presence for (1); David B. Benowitz, Rammy G. Barbari and Shawn Sukumar (2); US Attorney: Elizabeth A. Aloi. (dot) (Entered: 03/16/2022) |
| 03/25/2022 | 159 | ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL directing counsel Mark Schamel and counsel Pleasant Brodnax, who have not yet appeared as counsel of record, to explain why they have not yet done so on or before April 1, 2022. See Order for details. The Clerk of Court is directed to mail a copy of this Order to Defendant Bailey at his address of record. Signed by Judge Colleen Kollar–Kotelly on March 25, 2022. (lcckk1) (Entered: 03/25/2022) |

| 04/02/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL: The Court is in receipt of the 160 Notice filed by attorneys Schamel and Brodnax. In consideration thereof, the Court hereby sets an ascertainment of counsel hearing on April 6, 2022 at 11:30 AM ET to discuss the appointment or retention of counsel on behalf of Defendant Bailey. The hearing shall proceed by videoconference. All parties shall appear, as shall attorneys Schamel and Brodnax. The Clerk of Court is directed to mail a copy of this minute order to Defendant Bailey at his address of record. Signed by Judge Colleen Kollar–Kotelly on April 2, 2022. (lcckk1) (Entered: 04/02/2022) |
|---|---|---|
| 04/05/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY, DAVID PAITSEL: In light of representations to Chambers by certain parties, the ascertainment of counsel hearing set for April 6, 2022 at 11:30 AM ET is **CONTINUED** to April 6, 2022 at 2:30 PM ET. Signed by Judge Colleen Kollar–Kotelly on April 5, 2022. (lcckk1) (Entered: 04/05/2022) |
| 04/05/2022 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY, DAVID PAITSEL: Ascertainment of Counsel Hearing set for 4/6/2022 at 2:30 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 04/05/2022) |
| 04/06/2022 | | MINUTE ORDER as to DAVID PAITSEL and BRIAN WINSTON BAILEY: On April 6, 2022, the Court held a status and ascertainment of counsel hearing in this matter. With their consent, Defendants were present by video, Defendant Paitsel with his counsel. Counsel for the government was present by video, as were attorneys Schamel and Brodnax. Attorneys Schamel and Brodnax represented that they would not be entering their appearances on behalf of Defendant Bailey, and the Court informed the parties that it would appoint counsel for Mr. Bailey. The Court then set a further status and ascertainment of counsel hearing for April 26, 2022 at 2:00 PM ET. That hearing shall be held via videoconference. Signed by Judge Colleen Kollar–Kotelly on April 6, 2022. (lcckk1) (Entered: 04/06/2022) |
| 04/06/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Ascertainment of Counsel Hearing as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 4/6/2022. Defendant's Speedy Trial (XT) is tolled in the Interest of Justice from 4/6/2022 to 4/26/2022. Status Conference set for 4/26/2022 at 2:00 PM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: BRIAN WINSTON BAILEY (1)Pro Se, Shawn Sukumar (2); (Pleasant Brodnax and Mark Schamel, appearances not enter); US Attorney: J.P. Cooney. (dot) (Entered: 04/06/2022) |
| 04/25/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): The Court is in receipt of counsel Manual Returetas 163 entry of appearance in this case. Accordingly, the ascertainment of counsel hearing set for April 26, 2022 is **VACATED**. The parties shall still appear for the status hearing set for May 6, 2022. Signed by Judge Colleen Kollar–Kotelly on April 25, 2022. (lcckk1) (Entered: 04/25/2022) |
| 04/25/2022 | | Terminate Hearings set for 4/26/2022 as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). (dot) (Entered: 04/26/2022) |
| 04/25/2022 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Status Conference set for 5/6/2022 at 10:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. (dot) (Entered: 04/26/2022) |
| 05/06/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): The Court held a status hearing in this matter on May 6, 2022. With their consent, Defendants Bailey(1) and Paitsel(2) were present by videoconference with their respective counsel. Government counsel was also present by videoconference. Counsel for Defendant Bailey(1) indicated that Defendant Bailey(1) had retained new counsel, Pleasant Brodnax, who would be entering his appearance in the case shortly. The Court set another status hearing for **June 7, 2022 at 9:00 AM ET**. Defendants |

| | | |
|---|---|---|
| | | consented to this status hearing proceeding via videoconference.<br><br>Also during the May 6, 2022 hearing, the Court discussed with Defendants their Speedy Trial Rights. Defendants consented to a continuance of their Speedy Trial Rights between May 6, 2022 and the date of the next status hearing, June 7, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through June 7, 2022 serves the "ends of justice" and is in the best interest of the community and Defendants, in light of the ongoing COVID–19 pandemic, see Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow Defendant Bailey's new counsel to prepare for trial. Taking into account this continuance, the 70–day deadline for both Defendants is **August 16, 2022**. As both Defendants are released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a).<br><br>Signed by Judge Colleen Kollar–Kotelly on May 6, 2022. (lcckk1) (Entered: 05/06/2022) |
| 05/06/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 5/6/2022. Speedy Trial is tolled in the Interest of Justice from 5/6/2022 to 6/7/2022. Status Conference set for 6/7/2022 at 9:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2); Court Reporter: Lisa Edwards; Defense Attorney: Manuel J. Retureta and Mark Schamel and 2–Rammy G. Barbari; US Attorney: Elizabeth A. Aloi. (dot) (Entered: 05/06/2022) |
| 05/12/2022 | 166 | TRANSCRIPT OF STATUS CONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly held on May 6, 2022; Page Numbers: 1–18. Date of Issuance: May 12, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public t erminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/2/2022. Redacted Transcript Deadline set for 6/12/2022. Release of Transcript Restriction set for 8/10/2022.(zlfe) (Entered: 05/12/2022) |
| 06/07/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): The Court held a status hearing in this matter on June 7, 2022. With their consent, Defendants Bailey(1) and Paitsel(2) were present by videoconference with their respective counsel. Government counsel was also present by videoconference. The Court discussed trial preparations with the parties. The Court set another status hearing for **July 13, 2022 at 9:30 AM ET**. Defendants consented to this status hearing proceeding via videoconference.<br><br>Also during the June 7, 2022 hearing, the Court discussed with Defendants their Speedy Trial Rights. Defendants consented to a continuance of their Speedy Trial Rights between June 7, 2022 and the date of the next status hearing, July 13, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through July 13, 2022 serves the "ends of justice" and is in the best interest of the community and Defendants, in light of the ongoing COVID–19 |

| | | |
|---|---|---|
| | | pandemic, see Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow Defendant Bailey's new counsel to prepare for trial. Taking into account this continuance, the 70–day deadline for both Defendants is **September 21, 2022**. As both Defendants are released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a).<br><br>Signed by Judge Colleen Kollar–Kotelly on June 7, 2022. (lcckk1) (Entered: 06/07/2022) |
| 06/07/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly: Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 6/7/2022. Speedy Trial (XT) is tolled in the Interest of Justice from 6/7/2022 to 7/13/2022 as to BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2). Status Conference set for 7/13/2022 at 9:30 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Griffith; Defense Attorney: Pleasant S. Brodnax, III (1) and David B. Benowitz and Rammy G. Barbari (2); US Attorney: Elizabeth A. Aloi. (dot) (Entered: 06/07/2022) |
| 07/13/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2): The Court held a status hearing in this matter on July 13, 2022. With their consent, Defendants Bailey(1) and Paitsel(2) were present by videoconference with their respective counsel. Government counsel was also present by videoconference. The Court discussed trial preparations with the parties. The Court set another status hearing for **September 2, 2022 at 11:00 AM ET**. Additionally, the Court set a deadline of **August 5, 2022** for any additional briefing. Any opposition thereto shall be filed on or before **August 19, 2022**, and replies in support thereof shall be filed on or before **August 26, 2022**. Defendants consented to this status hearing proceeding via videoconference.<br><br>Also during the July13, 2022 hearing, the Court discussed with Defendants their Speedy Trial Rights. Defendants consented to a continuance of their Speedy Trial Rights between July 13, 2022 and the date of the next status hearing, September 2, 2022. Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights through September 2, 2022 serves the "ends of justice" and is in the best interest of the community and Defendants, in light of the ongoing COVID–19 pandemic, *see* Standing Order No. 22–07 (BAH) (D.D.C. Feb. 15, 2022), and will allow Defendant Bailey's new counsel to prepare for trial. Taking into account this continuance, the 70–day deadline for both Defendants is **November 11, 2022**. As both Defendants are released on personal recognizance, the Court finds the 90–day deadline to be inapplicable. See 18 U.S.C. § 3164(a).<br><br>Signed by Judge Colleen Kollar–Kotelly on July 13, 2022. (lcckk1) (Entered: 07/13/2022) |
| 07/13/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 7/13/2022. Defendants' Speedy Trial (XT) is tolled in the Interest of Justice from 7/13/2022 to 9/2/2022. Defendant BRIAN WINSTON BAILEY (1) shall file his Motions by 8/5/2022. Status Conference set for 9/2/2022 at 11:00 AM via Telephonic/VTC before Judge Colleen Kollar–Kotelly. Jury Trial set for 9/23/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly.Bond Status of Defendants: BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2), Personal Recognizance; Court Reporter: Tammy Nestor; Defense Attorney: Pleasant S. Brodnax (1) and Shawn Sukumar (2); US Attorney: Elizabeth A. Aloi; Pretrial Officer: John Copes. (dot) (Entered: 07/13/2022) |
| 08/18/2022 | 186 | NOTICE OF ATTORNEY APPEARANCE John Witherspoon Borchert appearing for USA. (Borchert, John) (Entered: 08/18/2022) |
| 08/29/2022 | 188 | RESPONSE by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID |

| | | |
|---|---|---|
| | | PAITSEL re 132 Trial Brief (Kropf, Sara) (Entered: 08/29/2022) |
| 08/31/2022 | | MINUTE ORDER as to DAVID PAITSEL: Chambers has twice informed the parties that jury excusal requests are available for the parties' review. On August 29, 2022, Chambers directed the parties to arrive at 4:00 PM ET on August 31, 2022 to review the requests if they so intended. Although the Government and Defendant Bailey indicated that they do not intend to review the requests, the Court has received no communication from Defendant Paitsel. Accordingly, Defendant Paitsel shall inform Chambers, on or before **September 1, 2022**, whether he intends to review the jury excusal requests. If Chambers does not receive any notification, the Court shall assume Defendant Paitsel waives review. The parties shall note that, excluding those potential jurors who have requested excusal, the Jury Office has qualified 133 potential jurors. Signed by Judge Colleen Kollar–Kotelly on August 31, 2022. (lcckk1) (Entered: 08/31/2022) |
| 09/01/2022 | 189 | REPLY by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 132 Trial Brief *and Defendant Bailey's Opposition to Recalling Case Agent* (Borchert, John) (Entered: 09/01/2022) |
| 09/02/2022 | | Minute Entry for videoconference proceedings held before Judge Colleen Kollar–Kotelly:Status Conference as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2) held on 9/2/2022. Excludable started as to BRIAN WINSTON BAILEY(1), DAVID PAITSEL(2). Speedy Trial (XT) is tolled in the Interest of Justice from 9/2/2022 to 9/23/2022. Pretrial Conference set for 9/19/2022 at 12:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendants: Personal Recognizance; Court Reporter: Lisa Griffith; Defense Attorney: 1–Pleasant S. Brodnax, III and Sara Kropf; 2–David B. Benowitz, Paulette Pagan, and Rammy G. Barbari; US Attorney: Elizabeth A. Aloi and John Borchert. (dot) (Entered: 09/02/2022) |
| 09/08/2022 | 195 | MOTION in Limine *with Respect to Guilty Plea by Cooperating Witness* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Kropf, Sara) (Entered: 09/08/2022) |
| 09/08/2022 | 196 | Proposed Jury Instructions by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit A)(Kropf, Sara) (Entered: 09/08/2022) |
| 09/13/2022 | 198 | REPLY by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 196 Proposed Jury Instructions (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Aloi, Elizabeth) (Entered: 09/13/2022) |
| 09/14/2022 | 199 | REPLY TO OPPOSITION to Motion by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 195 MOTION in Limine *with Respect to Guilty Plea by Cooperating Witness* (Kropf, Sara) (Entered: 09/14/2022) |
| 09/14/2022 | 200 | REPLY by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 196 Proposed Jury Instructions (Attachments: # 1 Exhibit A)(Kropf, Sara) (Entered: 09/14/2022) |
| 09/18/2022 | 202 | RESPONSE TO ORDER OF THE COURT by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 201 Order on Motion in Limine *re Proposed Bribery Instruction* (Attachments: # 1 Exhibit)(Borchert, John) (Entered: 09/18/2022) |
| 09/19/2022 | 204 | REPLY by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 196 Proposed Jury Instructions (Kropf, Sara) (Entered: 09/19/2022) |
| 09/19/2022 | 206 | COVID PROCEDURES ORDER. Signed by Judge Colleen Kollar–Kotelly on September 19, 2022. (lcckk1) (Entered: 09/19/2022) |
| 09/19/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court held a pretrial conference in this matter on September 19, 2022 in Courtroom 28–A. The parties and their counsel were present in person. The Court discussed its 46 Order Setting Forth Trial Procedures and 206 Order Regarding COVID |

Procedures. The Court also resolved the Government's 202 Response to Court's Proposed Bribery Jury Instruction; a forthcoming order will explain the resolution of the Government's objection to the Court's proposed jury instructions in more detail.

Finally, the Court set the following deadlines for what the Court expects will be the final pretrial matters for resolution. First, because counsel for Defendant Bailey represented that they had yet to exchange their witness and exhibit lists with Defendant Paitsel and the Government, the Court **ORDERED** Defendant Bailey to provide his witness list to Defendant Paitsel, the Government, and Chambers on or before **September 21, 2022 at 5:00 PM ET**, and his exhibit list on or before **September 22, 2022 at 12:00 PM ET**. Additionally, counsel for Defendant Bailey shall note that the Court previously set deadlines for exhibit and witness lists *in advance of trial*, in its 47 and 131 Orders and orally at the July 13, 2022 status hearing. Second, the Court **ORDERED** Defendant Bailey to file any additional evidentiary motion or objection by **5:00 PM ET today, September 19, 2022**, and the Government to file an opposition on or before **September 20, 2022 at 12:00 PM ET**. Finally, as to the *ex parte* issue Defendant Bailey raised after the pretrial conference today, the Court **ORDERED** Defendant Bailey to provide Chambers with the necessary document and information **as soon as possible**.

Pursuant to the Court's 206 Order, the parties shall appear at **8:30 AM ET on September 23, 2022** in Courtroom 28−A for trial.

Signed by Judge Colleen Kollar−Kotelly on September 19, 2022. (lcckk1) (Entered: 09/19/2022)

| | | |
|---|---|---|
| 09/19/2022 | 207 | MOTION in Limine *as to Government Exhibits* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Kropf, Sara) (Entered: 09/19/2022) |
| 09/19/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Pretrial Conference as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 9/19/2022. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Lisa Edwards Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1), David B. Benowitz (2); US Attorney: Elizabeth A. Aloi and John Borchert; (dot) (Entered: 09/20/2022) |
| 09/20/2022 | 209 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 207 Motion in Limine *regarding Dorsey's coconspirator statements* (Aloi, Elizabeth) (Entered: 09/20/2022) |
| 09/20/2022 | 210 | TRANSCRIPT OF PRETRIAL CONFERENCE in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar−Kotelly held on September 19, 2022; Page Numbers: 1−45. Date of Issuance: September 20, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 10/11/2022. Redacted Transcript Deadline set for 10/21/2022. Release of Transcript Restriction set for 12/19/2022.(zlfe) (Entered: 09/20/2022) |
| 09/21/2022 | | MINUTE ORDER as to DAVID PAITSEL: The Court does not appear to have a record of Defendant Paitsel's witness list or exhibit list. Additionally, counsel for Defendant Paitsel has not informed Chambers of the individuals he expects to sit at counsel table during trial. Accordingly, counsel for Defendant Paitsel shall send that list and the witness and exhibit lists to Chambers via email by **4:00 PM ET today, September 21, 2022**. Signed by Judge Colleen Kollar–Kotelly on September 21, 2022. (lcckk1) (Entered: 09/21/2022) |
| 09/21/2022 | 211 | RESPONSE by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 207 MOTION in Limine *as to Government Exhibits* (Borchert, John) (Entered: 09/21/2022) |
| 09/21/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court hereby informs the parties that each party shall have no more than thirty minutes for each party's opening statement. Additionally, counsel for Defendants shall inform the Court once the jury is empaneled whether they intend to reserve their time for opening statements until the beginning of their respective cases–in–chief. Signed by Judge Colleen Kollar–Kotelly on September 21, 2022. (lcckk1) (Entered: 09/21/2022) |
| 09/21/2022 | 212 | MOTION in Limine *As to Newly Disclosed Government Trial Exhibits* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Exhibit 111(H), # 2 Exhibit 111(I))(Kropf, Sara) (Entered: 09/21/2022) |
| 09/22/2022 | 215 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 212 Motion in Limine (Aloi, Elizabeth) (Entered: 09/22/2022) |
| 09/22/2022 | 216 | MEMORANDUM OPINION AND ORDER as to ALL DEFENDANTS **denying in part and holding in abeyance in part** 207 Motion in Limine and **denying** 212 Motion in Limine. Signed by Judge Colleen Kollar–Kotelly on September 22, 2022. (lcckk1) (Entered: 09/22/2022) |
| 09/22/2022 | 217 | MOTION in Limine *to exclude Defendant Bailey's inadmissible exhibits* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Aloi, Elizabeth) (Entered: 09/22/2022) |
| 09/22/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of the Government's 217 Motion in Limine to Exclude Inadmissible Evidence. Defendant Bailey shall file his opposition thereto on or before **September 24, 2022 at 11:00 AM ET**. Additionally, in light of the Government's assertion that it has not received any reciprocal discovery, counsel for Defendant Bailey shall identify during preliminary matters (i.e., at 8:30 AM) tomorrow morning whether any such reciprocal discovery exists and, if so, in reference to which witness(es). The Court notes that counsel for Defendant Bailey did not respond to this issue when raised by the Government at the pretrial conference on September 19, 2022. Finally, the exhibits that counsel for Defendant Bailey provided via Box.com to Chambers earlier today are restricted and inaccessible for Chambers. As such, counsel for Defendant Bailey shall provide Chambers an electronic copy, preferably in the form of a flash drive, of the exhibits tomorrow morning during preliminary matters. Signed by Judge Colleen Kollar–Kotelly on September 22, 2022. (lcckk1) (Entered: 09/22/2022) |
| 09/23/2022 | 218 | Memorandum in Opposition by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 217 Motion in Limine (Kropf, Sara) (Entered: 09/23/2022) |
| 09/23/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Selection begun and continued as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) held on 9/23/2022 as to BRIAN WINSTON BAILEY (1) Count 1,2,3,4 and DAVID PAITSEL (2) Count 3,5. Jury Trial set for 9/27/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); |

| | | |
|---|---|---|
| | | Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1), David B. Benowitz (2); US Attorney: Elizabeth A. Aloi and John Borchert. (dot) (Entered: 09/23/2022) |
| 09/24/2022 | 219 | REPLY TO OPPOSITION to Motion by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 217 MOTION in Limine *to exclude Defendant Bailey's inadmissible exhibits* (Aloi, Elizabeth) (Entered: 09/24/2022) |
| 09/25/2022 | 222 | MOTION in Limine *Related to Hearsay Evidence* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Kropf, Sara) (Entered: 09/25/2022) |
| 09/26/2022 | | MINUTE ORDER as to BRIAN BAILEY (1): The Court is in receipt of Defendant Bailey's 222 Motion in Limine with Respect to Hearsay Evidence by Government Witness. Although Defendant Bailey appears to complain of some purported content in one of the Government's planned demonstratives for the Government's opening statement, the 222 Motion requests only that the Court exclude other, unrelated statements. Because it is unclear to what Government exhibit the 222 Motion refers, Defendant Bailey shall, by **noon today**, file a brief notice indicating where the statements at issue appear in the Government's trial exhibits. Also by **noon today**, the Government shall file its opposition to the 222 Motion. If the statements do not appear in any trial exhibit but are rather memorialized in some other document, the Government shall provide that document for *in camera* review, also by **noon today**. As the Court stressed in its 221 Order, the parties must comply with the deadlines set forth in the 46 Order Setting Forth Trial Procedures, including, but not limited to, oppositions to motions in limine due 7:15 AM ET the following morning. In other words, the Government's proffered deadline in its email to Chambers last night of "mid−morning" would be late. Signed by Judge Colleen Kollar−Kotelly on September 26, 2022. (lcckk1) (Entered: 09/26/2022) |
| 09/26/2022 | 223 | RESPONSE TO ORDER OF THE COURT by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re Order,,,,, (Attachments: # 1 Exhibit)(Aloi, Elizabeth) (Entered: 09/26/2022) |
| 09/26/2022 | 224 | NOTICE *of Compliance With Court Orders* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Kropf, Sara) (Entered: 09/26/2022) |
| 09/26/2022 | 226 | RESPONSE TO ORDER OF THE COURT by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re Order,,,,, (Aloi, Elizabeth) (Entered: 09/26/2022) |
| 09/27/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly: Jury Selection resumed and concluded on 9/27/2022 as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4; and DAVID PAITSEL (2) as to Counts 3,5. Jury Panel of 12 and 2 alternates sworn. Jury Trial set for 9/28/2022 at 9:00 AM in Courtroom 28A− In Person before Judge Colleen Kollar−Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1), David B. Benowitz (2); US Attorney: Elizabeth A. Aloi and John Borchert. (dot) (Entered: 09/27/2022) |
| 09/27/2022 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge Colleen Kollar−Kotelly on 9/27/22. (dot) (Entered: 10/20/2022) |
| 09/28/2022 | 228 | ORDER as to BRIAN WINSTON BAILEY (1) overruling objection to Government's Exhibit 110A. Oral order for further briefing **vacated**. See Order for details. Signed by Judge Colleen Kollar−Kotelly on September 28, 2022. (lcckk1) (Entered: 09/28/2022) |
| 09/28/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar−Kotelly:Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, and DAVID PAITSEL (2) as to Counts 3, 5 resumed |

| | | |
|---|---|---|
| | | on 9/28/2022 and continued. Same jury panel of 12 and 2 alternates. Jury Trial set for 9/29/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1), David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert; Government Witnesses: Allison Ladd, Lauren Pair and Andrew Waltz. (dot) (Entered: 09/28/2022) |
| 09/29/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, and DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 9/29/2022. Same jury of 12 and 2 alternates. Jury Trial set for 9/30/2022 at 1:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert; Government witnesses: Andrew Waltz, Alvin Rice, Temitayo Aderoba, Patrick Brown, and Cary Quinn. (dot) (Entered: 09/29/2022) |
| 09/30/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, and DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 9/30/2022. Same jury of 12 and 2 alternates. Jury Trial set for 10/3/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert; Witnesses: Government witness: Andrew Waltz. (dot) (Entered: 09/30/2022) |
| 10/02/2022 | | MINUTE ORDER as to BRIAN BAILEY (1): Per Chambers' recent communications with the parties, the Governments objection to Exhibit 248 is **HELD IN ABEYANCE** pending further inquiry of witness Lauren Pair. Additionally, the Court notes that, in communications with Chambers, the parties have identified exhibits that are either new or preexisting but which the parties intend to use for a different purpose. The Court reminds the parties that they shall lodge objections, if any, pursuant to the Court's 46 Order Setting Forth Trial Procedures. Signed by Judge Colleen Kollar–Kotelly on October 2, 2022. (lcckk1) (Entered: 10/02/2022) |
| 10/03/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 10/3/2022. Government rest. Same 12 jury and 2 alternates. Jury Trial set for 10/4/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert; Government witness: Andrew Waltz; Defendant witnesses: Brian Winston Bailey and Dennis Cravida. (dot) (Entered: 10/03/2022) |
| 10/04/2022 | 237 | MOTION For Judgment of Acquittal Under Rule 29 by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Exhibit A)(Kropf, Sara) Modified Event on 10/4/2022 (zhsj). (Entered: 10/04/2022) |
| 10/04/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 10/4/2022. Same jury of 12 and 2 alternates. Defendants BRIAN WINSTON BAILEY (1) and DAVID PAITSEL (2) rest. Rule 29 Motions by the Defendants; heard and taken under advisement. Jury Trial set for 10/6/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey |

| | | |
|---|---|---|
| | | (1) and David Paitsel (2); Court Reporter: Sara Wick; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert; Defendant Paitsel' (2) witness: Andrew Waltz. (dot) (Entered: 10/04/2022) |
| 10/05/2022 | | MINUTE ORDER as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). The Court ORDERS counsel for all parties and Defendants BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2) to appear at 9:30 am on OCTOBER 6, 2022 in Courtroom 28A to resume trial. Signed by Judge Colleen Kollar–Kotelly on 10/5/22. (lcckk3) (Entered: 10/05/2022) |
| 10/05/2022 | 238 | Proposed Jury Instructions by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Attachments: # 1 Exhibit, # 2 Exhibit)(Aloi, Elizabeth) (Entered: 10/05/2022) |
| 10/05/2022 | 239 | MOTION Judgment of Acquittal Pursuant to Rule 29 by DAVID PAITSEL. (Benowitz, David) Modified Event on 10/6/2022 (zhsj). (Entered: 10/05/2022) |
| 10/05/2022 | 240 | MOTION to Clarify *Closing Arguments* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Kropf, Sara) (Entered: 10/05/2022) |
| 10/05/2022 | 241 | RESPONSE by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 240 MOTION to Clarify *Closing Arguments* (Aloi, Elizabeth) (Entered: 10/05/2022) |
| 10/06/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, and DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 10/6/2022. Government's and Defendant BRIAN WINSTON BAILEY's closing statements. Same jury panel of 12 and 2 alternates. Jury Trial set for 10/7/2022 at 9:00 AM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Tammy Nestor; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert. (dot) (Entered: 10/06/2022) |
| 10/07/2022 | | MINUTE ORDER as to ALL DEFENDANTS: As stated on the record today, the parties shall adhere to the following briefing schedule for Rule 29 motions. Each Defendant shall file their amended Rule 29 motion on or before **November 21, 2022**. The Government shall file its opposition on or before **December 5, 2022**. Each Defendant shall file their reply in support of their respective Rule 29 motion on or before **December 19, 2022**. Depending on the outcome of these motions, the Court shall set sentencing–related deadlines at a later date. Signed by Judge Colleen Kollar–Kotelly on October 7, 2022. (lcckk1) (Entered: 10/07/2022) |
| 10/07/2022 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly:Jury Trial as to BRIAN WINSTON BAILEY (1) as to Counts 1,2,3,4, and DAVID PAITSEL (2) as to Counts 3,5 resumed and held on 10/7/2022. Same jury panel of 12 and 2 alternates. Alternates discharged and Jury Deliberation begun and concluded. JURY VERDICT as to BRIAN WINSTON BAILEY (1) Guilty on Count 1,2,3,4 and DAVID PAITSEL (2) Guilty on Count 3,5. Renewed Rule 29 Motions due by 11/21/2022. Government's Response due by 12/5/2022. Defendants' Replies due by 12/19/2022. Bond Status of Defendant: Personal Recognizance, Brian Winston Bailey (1) and David Paitsel (2); Court Reporter: Tammy Nestor; Defense Attorney: Pleasant S. Brodnax, III and Sara E. Kropf (1) and David B. Benowitz and Paulette Pagan (2); US Attorney: Elizabeth A. Aloi and John Borchert. (dot) (Entered: 10/07/2022) |
| 10/07/2022 | 242 | Jury Notes (3) as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). (dot) (Entered: 10/07/2022) |
| 10/07/2022 | 243 | **Signature Page of Foreperson** |

| | | |
|---|---|---|
| | | as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2), Jury Notes (3). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (dot) (Entered: 10/07/2022) |
| 10/07/2022 | 244 | VERDICT FORM as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2). (dot) (Entered: 10/07/2022) |
| 10/07/2022 | 245 | **Signature Page of Foreperson**<br><br>as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2), Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (dot) (zdot). (Entered: 10/07/2022) |
| 11/02/2022 | 246 | Consent MOTION for Extension of Time to *File Supplemental Rule 29 Motions* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Kropf, Sara) (Entered: 11/02/2022) |
| 11/02/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of Defendants' 246 Consent Motion to Extend Time to File Supplemental Rule 29 Motions. Because the parties have yet to receive the official transcripts from trial, Defendants request the Court extend the deadline to file Rule 29 motions from November 21, 2022 to December 16, 2022. As the Government consents, and upon good cause shown, Defendants' 246 Consent Motion to Extend Time to File Supplemental Rule 29 Motions is **GRANTED**. Defendants shall file their respective Rule 29 motions on or before **December 16, 2022**. The Government shall file their opposition(s) on or before **January 13, 2023**, and Defendants shall file their respective replies on or before **February 3, 2023**. Signed by Judge Colleen Kollar–Kotelly on November 2, 2022. (lcckk1) (Entered: 11/02/2022) |
| 11/02/2022 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Defendants' Rule 29 Motions due by 12/16/2022. Government's Opposition due by 1/13/2023. Defendants' Replies due by 2/3/2023. (dot) (Entered: 11/03/2022) |
| 12/02/2022 | 247 | MOTION for Extension of Time to *File Supplemental Rule 29 Motions* by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Kropf, Sara) (Entered: 12/02/2022) |
| 12/05/2022 | | MINUTE ORDER as to ALL DEFENDANTS: The Court is in receipt of Defendants' joint 247 Motion to Extend Time to File Supplemental Rule 29 Motions. For the second time, Defendants request the Court extend the deadline for Defendants' supplemental Rule 29 motions due to delays in receiving the official transcripts from trial. Because the Government opposes the 247 Motion, it shall file its opposition on or before **December 12, 2022**, and Defendants may file their reply(ies) on or before **December 19, 2022**. Signed by Judge Colleen Kollar–Kotelly on December 5, 2022. (lcckk1) (Entered: 12/05/2022) |
| 12/05/2022 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Government's Response to 247 due by 12/12/2022. Reply(ies) to 247 due by 12/19/2022. (dot) (Entered: 12/05/2022) |
| 12/06/2022 | 248 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 247 Motion for Extension of Time to (Aloi, Elizabeth) (Entered: 12/06/2022) |
| 12/07/2022 | | MINUTE ORDER as to ALL DEFENDANTS: Before the Court is Defendants' joint 247 Motion to Extend Time to File Supplemental Rule 29 Motions. Defendants request an extension of time, from December 16, 2022 to January 13, 2023, to file their Rule 29 motions. Although the Court agrees with the Government that this case has been subject to considerable and unacceptable delays, the lack of official transcripts and defense counsel's trial schedule is ample reason for one final |

| | | |
|---|---|---|
| | | extension. As such, Defendants' joint 247 Motion to Extend Time to File Supplemental Rule 29 Motions is **GRANTED**. Defendants shall file their Rule 29 motion(s) on or before **January 13, 2023**, the Government shall file its opposition(s) on or before **February 3, 2023**, and Defendants shall file their reply(ies) on or before **February 10, 2023**. No further extensions will be granted absent truly exceptional circumstances. Signed by Judge Colleen Kollar–Kotelly on December 7, 2022. (lcckk1) (Entered: 12/07/2022) |
| 12/07/2022 | | Set/Reset Deadlines as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Rule 29 Motions due by 1/13/2023. Government' opposition due by 2/3/2023. Defendants' Reply due by 2/10/2023. (dot) (Entered: 12/07/2022) |
| 12/09/2022 | 249 | TRANSCRIPT OF JURY TRIAL, DAY 3, in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL before Judge Colleen Kollar–Kotelly, held on 09/28/2022. Page Numbers: 1–234. Date of Issuance: 12/09/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pu rchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.(Wick, Sara) (Entered: 12/09/2022) |
| 12/09/2022 | 250 | TRANSCRIPT OF JURY TRIAL, DAY 4, in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL, before Judge Colleen Kollar–Kotelly, held on 09/29/2022. Page Numbers: 1–197. Date of Issuance: 12/09/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.(Wick, Sara) (Entered: 12/09/2022) |
| 12/09/2022 | 251 | TRANSCRIPT OF JURY TRIAL, DAY 5, in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL, before Judge Colleen Kollar–Kotelly, held on 09/30/2022. Page Numbers: 1–85. Date of Issuance: 12/09/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purc hased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.(Wick, Sara) (Entered: 12/09/2022) |
| 12/09/2022 | 252 | TRANSCRIPT OF JURY TRIAL, DAY 6, in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL, before Judge Colleen Kollar−Kotelly held on 10/03/2022. Page Numbers: 1−197. Date of Issuance: 12/09/2022. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.(Wick, Sara) (Entered: 12/09/2022) |
| 12/09/2022 | 253 | TRANSCRIPT OF JURY TRIAL, DAY 7, in case as to BRIAN WINSTON BAILEY, DAVID PAITSEL, before Judge Colleen Kollar−Kotelly held on 10/04/2022. Page Numbers: 1−119. Date of Issuance: 12/09/2022. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pu rchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/30/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023.(Wick, Sara) (Entered: 12/09/2022) |
| 01/13/2023 | 254 | |

| | | |
|---|---|---|
| | | MOTION for Acquittal , MOTION for New Trial by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A–F)(Kropf, Sara) (Entered: 01/13/2023) |
| 01/21/2023 | 255 | MOTION for Extension of Time to File *Supplemental Rule 29 Motion* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 01/21/2023) |
| 01/21/2023 | 256 | NOTICE *of Filing Regarding Motion to Extend Deadline in Which to File Supplemental Rule 29 Motion* by DAVID PAITSEL (Benowitz, David) (Entered: 01/21/2023) |
| 01/22/2023 | | MINUTE ORDER as to DAVID PAITSEL: The Court is in receipt of Defendant's 255 Consent [sic] Motion to Extend Deadline in which to Supplemental [sic] Rule 29 Motion, filed at approximately 4:45 AM ET on January 21, 2023. Counsel for Defendant requests leave to file his supplemental Rule 29 motion on or before January 31, 2023. His supplemental Rule 29 motion was due on January 13, 2023, more than seven days before the present request for leave to file out–of–time. In support of his request, defense counsel relies on a trial that concluded on December 9, 2022 and a family emergency that arose on December 12, 2022. Although the 255 Motion is captioned as a "consent" motion, Defendant filed a 256 Notice indicating that the Government in fact opposes the 255 Motion. As such, the Government shall file its opposition on or before **January 25, 2023**, and Defendant may file a reply on or before **January 27, 2023**. The Court stresses that, in its December 7, 2022 minute order, the Court warned the parties that "[n]o further extensions [of time to file supplemental Rule 29 motions] will be granted absent truly exceptional circumstances." Signed by Judge Colleen Kollar–Kotelly on January 22, 2023. (lcckk1) (Entered: 01/22/2023) |
| 01/23/2023 | 257 | Memorandum in Opposition by USA as to DAVID PAITSEL re 247 Motion for Extension of Time to, 239 Motion for Acquittal, 246 Motion for Extension of Time to, 255 Motion for Extension of Time to File *Amended Rule 29 Motion* (Borchert, John) (Entered: 01/23/2023) |
| 02/03/2023 | 258 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 254 Motion for Acquittal, Motion for New Trial (Attachments: # 1 Exhibit)(Aloi, Elizabeth) (Entered: 02/03/2023) |
| 02/03/2023 | 259 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 239 Motion for Acquittal (Aloi, Elizabeth) (Entered: 02/03/2023) |
| 02/06/2023 | 260 | ORDER denying without prejudice 255 Motion for Extension of Time to File. Renewed motion due on or before **February 10, 2023**. See Order for details. Signed by Judge Colleen Kollar–Kotelly on February 6, 2023. (lcckk1) (Entered: 02/06/2023) |
| 02/10/2023 | 261 | REPLY TO OPPOSITION to Motion by BRIAN WINSTON BAILEY as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 254 MOTION for Acquittal MOTION for New Trial (Kropf, Sara) (Entered: 02/10/2023) |
| 02/21/2023 | 264 | ORDER denying 239 Motion for Acquittal as to DAVID PAITSEL (2). Signed by Judge Colleen Kollar–Kotelly on February 21, 2023. (lcckk1) (Entered: 02/21/2023) |
| 02/21/2023 | 265 | MEMORANDUM OPINION as to DAVID PAITSEL (2) re 264 Order. Signed by Judge Colleen Kollar–Kotelly on February 21, 2023. (lcckk1) (Entered: 02/21/2023) |
| 02/21/2023 | | MINUTE ORDER as to ALL DEFENDANTS: The Court have resolved the pending motions for judgment of acquittal, the parties shall file a proposed briefing schedule for memoranda in aid of sentencing on or before **March 3, 2023**. Signed by Judge Colleen Kollar–Kotelly on February 21, 2023. (lcckk1) (Entered: 02/21/2023) |
| 03/03/2023 | 266 | |

| | | |
|---|---|---|
| | | NOTICE *of Proposed Briefing Schedule for Sentencing* by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re Order, (Aloi, Elizabeth) (Entered: 03/03/2023) |
| 03/15/2023 | 267 | ORDER as to BRIAN WINSTON BAILEY(1) and DAVID PAITSEL (2)– Final Presentence Report due by 8/23/2023; Government Sentencing Memorandum due by 9/7/2023; Defendants' Sentencing Memoranda due by 9/21/2023. Sentencing is set for 10/12/2023 at 11:00 AM for Mr. Bailey and at 2:00 PM for Mr. Paitsel, both in Courtroom 28A, in–person before Judge Colleen Kollar–Kotelly. Signed by Judge Colleen Kollar–Kotelly on 3/15/2023. (DM) (Entered: 03/15/2023) |
| 03/15/2023 | | Set/Reset Hearings as to DAVID PAITSEL (2): Sentencing set for 10/12/2023 at 2:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly. (dot) (Entered: 03/15/2023) |
| 08/10/2023 | 273 | MOTION Defendants Motion to Adopt and Join Defendant Brian Baileys Unopposed Motion to Enlarge Time to Provide Objections to Presentence Report and Amend Briefing Schedule by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) Modified on 8/11/2023 (zhsj). (Entered: 08/10/2023) |
| 08/11/2023 | 274 | ORDER granting Defendant's 273 Unopposed Motion re: extension of deadlines related to sentencing as to DAVID PAITSEL (2). Defendant's Objections to the draft PSR due by 8/29/2023; Final Presentence Report due by 9/11/2023; Government Sentencing Memorandum due by 9/15/2023; Defendant's Sentencing Memorandum due by 09/29/2023. The Sentencing date remains unchanged – 10/12/2023. Signed by Judge Colleen Kollar–Kotelly on 08/11/2023. (DM) (Entered: 08/11/2023) |
| 09/15/2023 | 282 | SENTENCING MEMORANDUM by USA as to DAVID PAITSEL (Aloi, Elizabeth) (Entered: 09/15/2023) |
| 09/27/2023 | 283 | MOTION to Continue *Sentencing Hearing* by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 09/27/2023) |
| 09/27/2023 | 284 | Memorandum in Opposition by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL re 283 Motion to Continue (Aloi, Elizabeth) (Entered: 09/27/2023) |
| 09/28/2023 | 285 | SENTENCING MEMORANDUM by DAVID PAITSEL (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Benowitz, David) (Entered: 09/28/2023) |
| 10/04/2023 | | MINUTE ORDER denying Defendant's 283 Motion to Continue Sentencing as to DAVID PAITSEL (2), which is opposed by the Government. The Court notes that Defendant requested a new sentencing date after October 16, 2023, but this Court has little available time prior to year end due to a busy calendar, including a number of scheduled criminal trials. Defendant, through counsel, has indicated that his request for continuance is based on the fact that his counsel is involved in a trial before another judge in this District Court, which is scheduled to end by October 12, 2023, and may conflict with his October 12, 2023 sentencing date. In the event of a conflict, the undersigned will reach out to the other Judge to request an accommodation. Signed by Judge Colleen Kollar–Kotelly on 10/4/23. (DM) (Entered: 10/04/2023) |
| 10/10/2023 | 287 | MOTION Defendant David Paitsel's Motion to Adopt and Join Defendant Brian Bailey's Sentencing Guideline Loss Amount Calculation by DAVID PAITSEL. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) Modified on 10/11/2023 (zhsj). (Entered: 10/10/2023) |
| 10/10/2023 | | MINUTE ORDER as to ALL DEFENDANTS: The Court has completed its initial review of the parties' sentencing memoranda. Given the factual and legal complexity of Defendant Bailey's argument that the Court must calculate the loss amount using the value of the bribes at issue rather than the actual or prospective pecuniary benefit derived as a result of the bribes, the Court must |

| | | |
|---|---|---|
| | | order further briefing and continue the sentencing hearings. The Government shall file a response to this argument only on or before **October 15, 2023 at 5:00 PM ET**. The response shall delineate, based on citations to the trial record, which bribes were associated with which transactions and how the information Defendant Bailey received from those bribes resulted in particular amounts of pecuniary gain. In light of the relative dearth of briefing by Defendant Paitsel on his objection to the Guideline 2B1.1(b)(1)(G) calculation, Defendant Paitsel may file a supplement on this issue only on or before **October 16, 2023 at 5:00 PM ET**. The sentencing hearings set for October 12, 2023 at 11:00 AM and October 12, 2023 at 2:00 PM are **CONTINUED** to **October 18, 2023 at 1:00 PM**, and **October 18, 2023 at 3:00 PM**, respectively. Signed by Judge Colleen Kollar–Kotelly on October 10, 2023. (lcckk1) (Entered: 10/10/2023) |
| 10/10/2023 | | Set/Reset Hearings as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): Sentencing set for 10/18/2023 at 1:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly as to Defendant BRIAN WINSTON BAILEY (1). Sentencing set for 10/18/2023 at 3:00 PM in Courtroom 28A– In Person before Judge Colleen Kollar–Kotelly as to Defendant DAVID PAITSEL. (dot) (Entered: 10/10/2023) |
| 10/15/2023 | 293 | SUPPLEMENTAL 281 SENTENCING MEMORANDUM by USA as to BRIAN WINSTON BAILEY, DAVID PAITSEL (Aloi, Elizabeth) Modified Text to Add Link on 10/17/2023 (zhsj). (Entered: 10/15/2023) |
| 10/16/2023 | | MINUTE ORDER GRANTING Defendant DAVID PAITSEL's 287 Motion to Adopt Defendant Bailey's Sentencing Guideline Loss Amount, to the extent that Defendant Bailey's arguments are applicable to Defendant Paitsel. The Court notes that Defendant Paitsel was provided an opportunity to supplement his briefing (see Minute Order dated October 10, 2023) but Defendant did not file anything. Signed by Judge Colleen Kollar–Kotelly on 10/16/23. (DM) (Entered: 10/16/2023) |
| 10/17/2023 | 297 | MEMORANDUM OPINION AND ORDER as to BRIAN WINSTON BAILEY (1), DAVID PAITSEL (2): applying a loss amount calculation for both Defendants that is consistent with the calculation applied by the Probation Office, and overruling Defendant Bailey's objections to certain paragraphs of the PSR (pertaining to adjustments). See Memorandum Opinion and Order for details. Signed by Judge Colleen Kollar–Kotelly on 10/17/23. (DM) (Entered: 10/17/2023) |
| 10/18/2023 | | MINUTE ORDER as to DAVID PAITSEL: As discussed during the Sentencing, by Monday, October 23, 2023, the Government shall provide Findings of Fact in support of a forfeiture of $10,600, and a proposed Order. Signed by Judge Colleen Kollar–Kotelly on 10/18/23. (DM) (Entered: 10/18/2023) |
| 10/18/2023 | | Minute Entry for proceedings held before Judge Colleen Kollar–Kotelly: Sentencing held on 10/18/2023 as to DAVID PAITSEL (2), as to Count(s) 3, Defendant sentenced to Twenty–four (24) Months incarceration followed by Twenty–four (24) Months of Supervised Release and a Special Assessment of 100.00; as to Count(s) 5, Twenty–four (24) Month incarceration followed by Twenty–four (24) Month of Supervised Release to run concurrently to Count One (1) and a Special Assessment of 100.00 for a total of 200.00. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Moreira; Defense Attorney: David B. Benowitz; US Attorney: John W. Borchert; Prob Officer: Crystal Lustig. (dot) (Entered: 10/18/2023) |
| 10/19/2023 | 301 | STATEMENT OF REASONS as to DAVID PAITSEL re 300 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Colleen Kollar–Kotelly on 10/19/2023. (zhsj) (Entered: 10/25/2023) |
| 10/25/2023 | 300 | JUDGMENT as to DAVID PAITSEL. Statement of Reasons Not Included. Signed by Judge Colleen Kollar–Kotelly on 10/19/2023. (zhsj) (Entered: 10/25/2023) |

| 10/26/2023 | 302 | NOTICE of Proposed Order by USA as to DAVID PAITSEL (Attachments: # 1 Exhibit Proposed Order)(Borchert, John) (Entered: 10/26/2023) |
| 10/30/2023 | 303 | FINDINGS OF FACT AND FINAL ORDER OF FORFEITURE as to DAVID PAITSEL. Signed by Judge Colleen Kollar–Kotelly on 10/27/23. (DM) (Entered: 10/30/2023) |
| 11/02/2023 | 304 | NOTICE OF APPEAL – Final Judgment by DAVID PAITSEL Filing fee $ 505, receipt number ADCDC–10466833. Fee Status: Fee Paid. Parties have been notified. (Benowitz, David) (Entered: 11/02/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )            Criminal No. 1:19-cr-156-2 (CCK)
)
DAVID PAITSEL )

## NOTICE OF APPEAL

Name and address of appellant:

David Paitsel
130 Park Drive, Unit 303
Fletcher, NC  28732

Name and address of appellant's attorney:

David Benowitz
Price Benowitz LLP
409 Seventh ST NW
Suite 200
Washington, DC 20004

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Found guilty after a plea of not guilty of Conspiracy to Commit Bribery (18 USC § 371)
and Bribery (18 USC § 201(b)(2). J&C filed October 19, 2023. Sentenced to 24 months
on both counts, all counts to run concurrently to each other

Name and institution where now confined, if not on bail:   on bail awaiting self-surrender

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

| November 2, 2021 | /s/ David Paitsel |
|---|---|
| DATE | APPELLANT |
| | /s/ David Benowitz |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [x]
PAID USCA FEE [ ]
Does counsel wish to appear on appeal?                    YES [ ]      NO [x]
Has counsel ordered transcripts?                          YES [ ]      NO [x]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]      NO [x]

46

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia   ▾

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| DAVID PAITSEL | Case Number: 19-156-2 (CKK) |
| | USM Number: 35515-016 |
| | David B. Benowitz, Rammy G. Barbari, Shawn Sukumar |
| | Defendant's Attorney |

**FILED**

OCT 19 2023

Clerk, U.S. District and
Bankruptcy Courts

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   Three (3) and Five (5).
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 | Conspiracy to Commit Bribery | 6/1/2018 | 3 |
| 18 USC § 201(b)(2) | Bribery | 6/1/2018 | 5 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/18/2023
Date of Imposition of Judgment

_Colleen Kollar-Kotelly_
Signature of Judge

Colleen Kollar-Kotelly, United States District Judge
Name and Title of Judge

_Oct. 19, 2023_
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT:
CASE NUMBER:   19-156-2 (CKK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twenty-four (24) Months on Count Three (3); and Twenty-four (24) Months on Count Five (5), all Counts to run concurrently to each other.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the Defendant's sentence be served FCI Montgomery, AL.
That the Defendant not report before January 16, 2024.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  3  of  7

DEFENDANT:
CASE NUMBER:   19-156-2 (CKK)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Twenty-four (24) Months on Count Three (3) and Twenty-four (24) Months on Count Five (5), all Counts to run concurrently to each other.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

|  | Judgment—Page | 4 | of | 7 |

DEFENDANT:
CASE NUMBER: 19-156-2 (CKK)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

|  | Judgment—Page | 5 | of | 7 |

DEFENDANT:
CASE NUMBER: 19-156-2 (CKK)

## SPECIAL CONDITIONS OF SUPERVISION

Community Service - You must complete 100 hours of community service within 18 months. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

Financial Information Disclosure - Until you satisfy your financial obligations, you must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Payment Schedule - Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:
* Payment during the term of supervised release will commence within 60 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time.

The Court finds that you should paid $10,600.00 as forfeiture. A separate order will be issued.


The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT:
CASE NUMBER: 19-156-2 (CKK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page ___7___ of ___7___

DEFENDANT:
CASE NUMBER:  19-156-2 (CKK)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __200.00__ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

    The Court finds that you do not have the ability to pay a fine and, therefore, waives imposition of a fine in this case. The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave., NW, Washington, DC 20001. Within 30 days of any Change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.