**In the United States District Court
for the District of Columbia**

---

UNITED STATES OF AMERICA,
        *Plaintiff,*

v.                                              No. 1:19-cr-00156-CKK

DAVID PAITSEL *et al.,*
        *Defendant*

---

### ORDER

Upon consideration of David Paitsel's Motion for Release Pending Appeal, it is

hereby,

**ORDERED**, that the Defendant's Motion is **GRANTED**.


_____                    _____
**DATE**                                         **COLEEN KOLLAR-KOTELLY**
                                                 **Senior United States District Judge**