# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3212**  **September Term, 2025**

**1:19-cr-00156-CKK-2**

**Filed On: September 23, 2025** [2136573]

United States of America,

    Appellee

  v.

David Paitsel,

    Appellant

## M A N D A T E

In accordance with the judgment of August 1, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:  /s/
       Daniel J. Reidy
       Deputy Clerk

Link to the judgment filed August 1, 2025