# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-3212                      September Term, 2024

FILED ON: AUGUST 1, 2025

UNITED STATES OF AMERICA,
            APPELLEE

v.

DAVID PAITSEL,
            APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cr-00156-2)

Before: MILLETT and WILKINS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that David Paitsel's convictions and sentence be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: August 1, 2025

Opinion for the court filed by Circuit Judge Wilkins.
Dissenting opinion filed by Senior Circuit Judge Randolph.