| | | |
|---|---|---|
| PROB 22 (Rev. 01/24) | | **DOCKET NUMBER** *(Tran. Court)* <br> 1:19CR00156-002 |
| **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Rec. Court)* <br> 0419 1:26CR00004 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> District of Columbia | DIVISION |
|---|---|---|
| Paitsel David <br> Arden, NC | NAME OF SENTENCING JUDGE <br> Colleen Kollar-Kotelly | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/18/2025 — TO 3/17/2027 |

**OFFENSE**

18 USC § 371 - Conspiracy to Commit Bribery
18 USC § 201(b)(2) - Bribery

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Paitsel resides in Western District of North Carolina and has no plans to return to Washington D.C.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Columbia__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Western District of North Carolina__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/10/26_
Date

_/s/ Colleen Kollar-Kotelly_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __North Carolina__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 11, 2026
*Effective Date*

_/s/_
United States District Judge

1